**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO HEADLINE CLUB *et al.* | ) | SHORT RECORD |
| | ) | No. 25-3023 |
| Plaintiffs, | ) No. 25-cv-12173 | Filed 11/20/2025 |
| | ) | |
| v. | ) Hon. Sara L. Ellis, | |
| | ) United States District Judge | |
| KRISTI NOEM, Secretary of U.S. | ) | |
| Department of Homeland Security, in her | ) | |
| official capacity, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

Defendants hereby appeal to the United States Court of Appeals for the Seventh Circuit

this Court's preliminary injunction order, *see* ECF Nos. 250 & 256, including this Court's

Opinion and Order granting class certification, *see* ECF Nos. 252 & 256, to the extent the

Court's grant of a class-wide preliminary injunction depends on that decision.

.

Dated: November 9, 2025                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SARMAD KHOJASTEH
Senior Counsel to the Assistant Attorney
General, Civil Division

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

*/s/ Andrew I. Warden*
ANDREW I. WARDEN
Assistant Director
JEREMY NEWMAN

CHRISTOPHER LYNCH
SAMUEL HOLT
PETER GOLDSTONE
Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Fax: (202) 616-8470

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT COURT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| CHICAGO HEADLINE CLUB, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | **No. 25-cv-12173** |
| | ) | **Hon. Sara L. Ellis** |
| v. | ) | |
| | ) | |
| KRISTI NOEM, Secretary, U.S. | ) | |
| Department of Homeland Security, in her | ) | |
| official capacity, et al., | ) | |
| | ) | |
| *Defendants*, | ) | |

## Preliminary Injunction Order

Plaintiffs filed a Motion for a Preliminary Injunction Order [82, 86] against Defendants. Having held a hearing on November 5 and 6, 2025, the Court finds that Plaintiffs have met their burden to support the issuance of a Preliminary Injunction. The Court orally issued its ruling, containing findings of facts, conclusions of law, and stated reasons why the Court issued the injunction pursuant to Federal Rules of Civil Procedure 52(a)(2) and 65(d), on November 6, 2025, and indicated that a written opinion will follow further explaining the Court's ruling and providing supporting evidentiary and case citations within 14 days of the issuance of this Order. Accordingly, the Court grants the motion and orders as follows:

1. It is hereby ORDERED that Defendants, their officers, agents, assigns, and all persons acting in concert with them (hereafter referred to as "Federal Agents"), are ENJOINED in this judicial district from:

    a. <u>Interactions with Journalists:</u> Dispersing, arresting, threatening to arrest, threatening or using physical force against any person whom they know or reasonably

should know is a Journalist, unless Federal Agents have probable cause to believe that the individual has committed a crime unrelated to failing to obey a dispersal order lawfully issued to non-Journalists. Federal Agents may order a Journalist to change location to avoid disrupting law enforcement, as long as the Journalist has an objectively reasonable amount of time to comply and an objectively reasonable opportunity to report and observe;

b.      Dispersal of Others: Issuing a crowd dispersal order, meaning a lawful command given by an authorized Federal Agent for all persons to leave a designated area, that requires any Class member to leave a public place that they lawfully have a right to be, unless dispersal is justified by exigent circumstances such that immediate action is objectively necessary in order to preserve life or prevent catastrophic outcomes as defined by Department of Homeland Security Use of Force Policy (updated Feb. 6, 2023), Section XII.E;

c.      Using riot control weapons—including kinetic impact projectiles (KIPs), Compressed Air Launchers (e.g., PLS and FN303), Oleoresin Capsicum (OC) Spray, CS gas, CN gas, or other chemical irritants, 40 mm Munitions Launchers, less-lethal shotguns, Less-Lethal Specialty Impact-Chemical Munitions (LLSI-CM), Controlled Noise and Light Distraction Devices (CNLDDs), Electronic Control Weapons (ECWs)—on any Class member, unless such force is objectively necessary to stop the person from causing an immediate threat of physical harm to another person;

d.      Using riot control weapons (including those described above) at identified targets if it is reasonably foreseeable that doing so could result in injury to any Class member, unless such force is objectively necessary to stop the person from causing an immediate threat of physical harm to another person;

e.    Deploying CS or CN gas canisters, OC spray, or other chemical irritants into a group of people or in residential or commercial areas in a manner that poses a reasonably foreseeable risk of injuring any Class member who is not causing an immediate threat of physical harm to another person;

f.    Deploying CS or CN gas canisters, Controlled Noise and Light Distraction Devices (CNLDD), or Less-Lethal Specialty Impact and Chemical Munitions (LLSI-CM) so as to strike any Class member, unless such force is objectively necessary to stop an immediate threat of the person causing serious bodily injury or death to another person;

g.    Deploying CS or CN gas canisters, Controlled Noise and Light Distraction Devices (CNLDD), or Less-Lethal Specialty Impact and Chemical Munitions (LLSI-CM) above the head of any Class member, unless such force is objectively necessary to stop an immediate threat of the person causing serious bodily injury or death to another person;

h.    Firing Compressed Air Launchers (e.g., PLS and FN303), or Munitions Launchers (e.g., 40mm), or KIPs so as to strike the head, neck, groin, spine, or female breast of any Class member, unless such force is objectively necessary to stop an immediate threat of the person causing serious bodily injury or death to another person;

i.    Striking any Class member with a vehicle, unless such force is objectively necessary to stop an immediate threat of the person causing serious bodily injury or death to another person;

j.    Using hands-on physical force such as pulling or shoving to the ground, tackling, or body slamming any Class member who is not causing an immediate threat of physical harm to others, unless objectively necessary and proportional to effectuate an apprehension and arrest;

3

k.      Using chokeholds, carotid restraints, neck restraints, or any other restraint technique that applies prolonged pressure to the neck that may restrict blood flow or air passage against any Class member, unless such force is objectively necessary to stop an immediate threat of the person causing serious bodily injury or death to another person;

l.      Using any riot control weapon, including those listed in this Order, against any Class member, without first giving at least two separate warnings at a sound level where the targeted individual(s) can reasonably hear it, unless justified by exigent circumstances when immediate action is necessary in order to preserve life or prevent catastrophic outcomes, as defined by Department of Homeland Security Use of Force Policy (updated Feb. 6, 2023), Section XII.E. Such warnings shall explain that Federal Agents may employ riot control weapons or force, give the targeted individual(s) reasonable time to avoid the use of force, and provide a reasonable opportunity to comply;

m.      Seizing or arresting any Class member who is not resisting a lawful and authorized crowd dispersal order (as defined in 1.b. above), unless there is specific probable cause to believe that the person has committed a crime for which a custodial arrest is warranted and for which the Federal Agent has lawful authority to make an arrest; and

n.      Defendants shall not be liable for violating this injunction if any Class member is incidentally exposed to riot control devices after such a device was deployed in a manner that complies with this injunction.

2.      To facilitate the Defendants' identification of Journalists protected under this Order, the following are examples of indicia of being a Journalist: visual identification as a member of the press, such as by displaying a professional press pass, badge, or credentials; wearing distinctive clothing or patches that identify the wearer as a member of the press; or carrying

4

professional gear such as professional photographic or videography equipment. Other indicia of being a Journalist under this Order include that the person is standing off to the side of a protest, not engaging in chanting, sign holding, or shouting slogans, and is instead documenting protest activities, although these are not requirements. These indicia are illustrative, and a person need not exhibit every indicium to be considered a Journalist under this Order. Defendants shall not be liable for incidental violations of this Order if Defendants establish that the affected individual lacked any of the illustrative indicia of a Journalist described in this provision.

3.      It is further ORDERED that all Federal Agents, excepting those who do not wear a uniform or other distinguishing clothing or equipment in the regular performance of their official duties or are engaged in undercover operations in the regular performance of their official duties, must have visible identification of a unique, personally assigned, and recognizable alphanumeric identifier sequence affixed to their uniforms and conspicuously displayed in two separate places. The same unique and personally assigned identifier sequence must remain conspicuously displayed in two separate places despite changes to a Federal Agent's uniform or tactical gear.

4.      It is further ORDERED that all Federal Agents, excepting those who do not wear a uniform or other distinguishing clothing or equipment in the regular performance of their official duties or are engaged in undercover operations in the regular performance of their official duties, that are, have been, or will be equipped and trained with body-worn cameras ("BWCs") shall activate them when engaged in enforcement activity unless expressly exempted by CBP, ICE, or DHS policy.

a.      The definitions of "body worn cameras" shall be as defined in DHS Policy Statement 045-07 Section VIII and CBP Directive 4320-020B Section 6.2: Audio/video/digital recording equipment combined into a single unit and typically worn

5

on clothing or otherwise secured to a person, e.g., affixed to the outside of the carrier/tactical vest facing forward.

      b.      For the purposes of this Order, the definition of "enforcement activity" shall be as defined in ICE Directive 19010.3 Section (3.6)(8) and CBP Directive 4320-020B Section 6.4. Such activities include but are not limited to:

            i.      Protecting Federal Government facilities;

            ii.      Responding to public disturbances;

            iii.      Interacting with members of the public while conducting Title 8 enforcement activities in the field; and

            iv.      When responding to emergencies.

      c.      Enforcement activities where BWCs are not required to be worn or activated for the purposes of this Order are:

            i.      Where agents are conducting undercover activity or confidential informants will or may be present;

            ii.      Information-gathering surveillance activities where and when an enforcement activity is not planned;

            iii.      Onboard commercial flights;

            iv.      Controlled deliveries; and

            v.      Custodial interviews conducted inside jails, prisons, detention centers, or DHS owned or leased facilities.

      d.      This provision requiring BWCs shall not apply to Federal Agents operating at any port of entry into the United States including but not limited to Chicago O'Hare International Airport and Chicago Midway International Airport.

e.    Federal Agents shall not be liable for violating this provision (i) for failure to record due to equipment failure beyond the control of Federal Agents, or (ii) in the event that cloud storage for storing recordings made by BWCs should become unavailable, through no fault of Federal Agents, either due to (a) the lapse in appropriations, or (b) license or contract expiration.

5.    It is further ORDERED that Defendants widely disseminate notice of this Order. Specifically, Defendants are ORDERED to provide copies of this Order, in either electronic or paper form, no later than 10 p.m. Central Time on November 6, 2025, to all those described below:

a.    all law enforcement personnel, officers, and agents of the Federal Agents currently or subsequently deployed in the Northern District of Illinois, including but not limited to all personnel operating within this District who are part of Operation Midway Blitz or any equivalent operation by a different name; and

b.    all employees, officers, and agents of Federal Agents with supervisory or management authority over any law enforcement officers or agents currently or subsequently deployed in the Northern District of Illinois, up the chain of command to and including the Secretary of Homeland Security and other named Defendants.

6.    It is further ORDERED that Defendants shall issue guidance to officers and agents to implement this Order. Defendants shall file with this Court such guidance and any directives, policies, or regulations implementing the guidance within 5 business days of issuance of the Order, with a continuing obligation to immediately file with this Court any subsequent changes or revisions to that guidance or implementing directives, policies, or regulations through the period of this Order.

7.      It is further ORDERED that in the event that Plaintiffs seek relief for an alleged violation of this Order, Plaintiffs should make good faith attempts to meet and confer with Defendants at least 24 hours before filing a request for relief and Defendants must respond to the motion for relief as ordered by the Court.

8.      It is further ORDERED that in the interest of justice, the Court orders Plaintiffs to provide $0 in security, and the Court rules that any other requirements under Rule 65(c) of the Federal Rules of Civil Procedure are satisfied.

9.      The parties shall meet and confer and provide a joint status report within 7 days setting forth proposals for ensuring that Federal Agents present in the Northern District of Illinois while this action is pending remain informed of the limitations imposed by this Order.

10.      This Preliminary Injunction Order is entered at 11:48 a.m. Central Time on this 6th day of November 2025 and shall remain in effect pending further proceedings before this Court.

Date: November 6, 2025                                      _____

Sara L. Ellis
U.S. District Judge

8

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| CHICAGO HEADLINE CLUB, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | **No. 25-cv-12173** |
| | ) | **Hon. Sara L. Ellis** |
| v. | ) | |
| | ) | |
| KRISTI NOEM, Secretary, U.S. | ) | |
| Department of Homeland Security, in her | ) | |
| official capacity, et al., | ) | |
| | ) | |
| *Defendants*, | ) | |

## OPINION AND ORDER

This case arises from protests throughout the Chicagoland area associated with the federal government's immigration enforcement and removal operations and deployment of federal agents, which have increased over the past several months. Plaintiffs[1] allege that federal agents have targeted peaceful individuals, religious practitioners, and members of the media participating in or reporting on these protests with excessive force, threats, and/or detention. Among other things, these federal agents have allegedly fired rubber bullets and pepper balls, launched flashbang grenades, and indiscriminately sprayed tear gas at protesters, religious practitioners, and journalists without legal justification or adequate warning.

Plaintiffs filed this suit against Defendants Kristi Noem, the Secretary of U.S. Department of Homeland Security ("DHS"); Todd Lyons, the Acting Director of ICE; Marcos

---

[1] Plaintiffs divide themselves into three groups. The Journalist Plaintiffs consist of Chicago Headline Club, Block Club Chicago, the Chicago Newspaper Guild Local 34071 (CNG), NABET-CWA Local 54041, Raven Geary, Charles Thrush, and Stephen Held. The Demonstrator Plaintiffs consist of William Paulson, Autumn Reidy-Hamer, Leigh Kunkel, Rudy Villa, and Jennifer Crespo. The Religious Practitioner Plaintiffs consist of Reverend David Black, Father Brendan Curran, Reverend Dr. Beth Johnson, and Reverend Abby Holcombe.

Charles, the Acting Executive Associate Director of Enforcement and Removal Operations at ICE; Russell Hott, the former Chicago Field Office Director of ICE; Rodney S. Scott, the Commissioner of U.S. Customs and Border Protection ("CBP"); Gregory Bovino, the Chief Border Patrol Agent of CBP's El Centro Sector; Daniel Driscoll, the Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"); William K. Marshall III, the Director of the Federal Bureau of Prisons ("BOP"); Pamela Bondi, the Attorney General of the United States; DHS; U.S. DOJ; Unidentified Federal Agencies; Unidentified Federal Officers; and Donald J. Trump, the President of the United States (collectively, "Defendants"). In an amended complaint filed on October 21, 2025, Plaintiffs added as Defendants Sam Olson, the interim Chicago Field Office Director of ICE; Shawn Byers, the Chicago Deputy Field Office Director of ICE; Kyle Harvick, the Deputy Incident Commander for CBP; Kash Patel, the Director of the Federal Bureau of Investigation ("FBI"); Faron Paramore, the Director of the Federal Protective Service ("FPS"); and Stephen Miller, the White House Deputy Chief of Staff and U.S. Homeland Security Adviser. Plaintiffs bring claims against Defendants for (1) violations of their First Amendment rights, including First Amendment retaliation; (2) violation of the Religious Freedom Restoration Act ("RFRA"), 42 U.S.C. § 2000bb-1; (3) excessive force and unreasonable seizure in violation of the Fourth Amendment; (4) violations of the Administrative Procedures Act; and (5) conspiracy to violate Plaintiffs' constitutional rights.

Plaintiffs now seek to certify a class of "all persons who are or will in the future non-violently protest, observe, document, or record Department of Homeland Security immigration operations in the Northern District of Illinois." Doc. 80 ¶ 125. They also seek to proceed with two subclasses. The first is a religious exercise subclass for their RFRA claim of "persons who are or will in the future engage in religious expression in the form of prayer, procession, song,

preaching, or proselytizing at Department of Homeland Security immigration operations in the Northern District of Illinois." *Id.* The second is a press subclass of "all persons who are or will in the future engage in news gathering or reporting at Department of Homeland Security immigration operations in the Northern District of Illinois." *Id.* Plaintiffs move to certify these classes under Federal Rule of Civil Procedure 23(b)(2).

The Court finds that Plaintiffs have carried their burden under Rules 23(a) and 23(b)(2) to show that certification is appropriate and certifies the following class:

> All persons who are or will in the future non-violently demonstrate, protest, observe, document, or record at Department of Homeland Security immigration enforcement and removal operations in the Northern District of Illinois.

The Court also certifies the following subclasses:

> **Religious Exercise Subclass:** All persons who are or will in the future engage in religious expression in the form of prayer, procession, song, preaching, or proselytizing at Department of Homeland Security immigration enforcement and removal operations in the Northern District of Illinois.

> **Press Subclass:** All persons who are or will in the future engage in news gathering or reporting at Department of Homeland Security immigration enforcement and removal operations in the Northern District of Illinois.

## BACKGROUND

The Court will set forth the full factual background and summary of the evidence relied upon in the forthcoming written opinion on Plaintiffs' motion for a preliminary injunction. The Court additionally relies on the factual findings stated during the November 6, 2025 hearing.

## LEGAL STANDARD

Class certification is appropriate where a plaintiff can meet the four requirements of Rule 23(a)—numerosity, commonality, typicality, and adequacy of representation. Fed. R. Civ. P.

23(a).  Additionally, a plaintiff must also satisfy one of the three subsections of Rule 23(b).  Fed. R. Civ. P. 23(b); *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 513 (7th Cir. 2006).  Here, Plaintiffs seek certification under Rule 23(b)(2), which requires a finding that "the party opposing the class has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole."  Fed. R. Civ. P. 23(b)(2).  Finally, although not an explicit requirement of Rule 23, the party seeking certification must demonstrate that the class members are identifiable.  *Oshana*, 472 F.3d at 513.

The Court has broad discretion in determining whether to certify a proposed class.  *Keele v. Wexler*, 149 F.3d 589, 592 (7th Cir. 1998).  The party seeking certification bears the burden of demonstrating that certification is proper by a preponderance of the evidence.  *Messner v. Northshore Univ. HealthSystem*, 669 F.3d 802, 811 (7th Cir. 2012).  The Court must engage in a "rigorous analysis," resolving material factual disputes where necessary.  *Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 350–51 (2011); *Szabo v. Bridgeport Machs., Inc.*, 249 F.3d 672, 676 (7th Cir. 2001).  But "[i]n conducting [the Rule 23] analysis, the court should not turn the class certification proceedings into a dress rehearsal for the trial on the merits."  *Messner*, 669 F.3d at 811; *Amgen Inc. v. Conn. Ret. Plans & Tr. Funds*, 568 U.S. 455, 465–66 (2013) (court should consider merits questions only to the extent relevant to determining if a plaintiff has met Rule 23's prerequisites).

## ANALYSIS

### I.    Ascertainability

Defendants raise various challenges to the ascertainability of Plaintiffs' proposed classes. The Seventh Circuit has confirmed that ascertainability is an "implicit requirement" of Rule 23,

focused on the "adequacy of the class definition itself." *Mullins v. Direct Digital, LLC*, 795 F.3d

654, 659 (7th Cir. 2015). Classes must be "defined clearly and based on objective criteria." *Id.*

### A.    Vague and/or Ambiguous Terms

To start, Defendants argue that the proposed class definitions are "inherently ambiguous"

and "too vague" for certification. In particular, they contend that determining whether an

individual is an observer, news gatherer, religious practitioner, or bystander is not "clear-cut."

Doc. 170 at 7. Similarly, they contend that it is difficult to determine when protesters are non-

violent. Defendants do not explain why these terms are vague or ambiguous or cite to any case

law finding that similar terms are vague or ambiguous, and the Court finds that this argument

strains credulity. As Plaintiffs point out in reply, these terms all have well-known, objective

meanings. Doc. 189 at 4 (providing dictionary definitions of "observer" and "bystander"); *see

also Multi-Ethnic Immigrant Workers Org. Network v. City of Los Angeles*, 246 F.R.D. 621, 630

(C.D. Cal. 2007) ("Although class definitions should avoid criteria that are subjective, the words

'peaceful' and 'demonstration' are objectively determinable descriptors of class members'

behavior."). The Court therefore finds that these terms are sufficiently defined and objective.

Defendants also argue that the term "immigration operations" is unidentified and could

include anything from "DHS officials driving away from a detention facility" to "non-

enforcement activity such as immigration airport screening." Doc. 170 at 5. In reply, Plaintiffs

propose replacing this term in the proposed class definitions with "immigration enforcement and

removal operations." Doc. 189 at 5. Given that Defendants themselves use this modified term

when describing the relevant operations,[2] the Court agrees that this modification should remedy

Defendants' concerns. The Court therefore modifies the proposed class definitions accordingly.

---

[2] *See Enforcement and Removal Operations*, U.S. Immigration and Customs Enforcement,
https://www.ice.gov/about-ice/ero ("ERO manages all aspects of the immigration enforcement process,

### B.    Uninjured Class Members

Defendants next argue that Plaintiffs do not allege or provide evidence to show that Defendants have acted unlawfully towards all or most of the putative class members.  They contend that "a substantial number of" putative class members "have presumably been able to exercise their constitutional rights without incident" and that the "scores of uninjured members seemingly included in Plaintiffs' proposed class also raise serious standing concerns that further undermine the propriety of certification."  Doc. 170 at 7.

The Seventh Circuit has explained that courts should deny certification if it is apparent that the proposed class definition "contains a great many persons who have suffered no injury." *Kohen v. Pac. Inv. Mgmt. Co.*, 571 F.3d 672, 677 (7th Cir. 2009).  That said, it is "almost inevitable" that "a class will often include persons who have not been injured by the defendant's conduct . . . because at the outset of the case many of the members of the class may be unknown, or if they are known still the facts bearing on their claims may be unknown."  *Id.*  "Such a possibility or indeed inevitability does not preclude class certification."  *Id.*  There is no "precise tipping point at which a class includes too many people who have not been harmed," and this determination is a "matter of degree" that "will turn on the facts as they appear from case to case."  *Lacy v. Cook Cnty.*, 897 F.3d 847, 864 (7th Cir. 2018) (citing *Messner*, 669 F.3d at 825).

At this stage, the Court cannot say that the proposed class definitions include a great number of uninjured individuals.  Defendants do not provide the Court with any evidence or support for the contention that "it is likely" that many putative class members have "presumably" been able to exercise their constitutional rights without incident.  Doc. 170 at 7.  Plaintiffs, on the other hand, have submitted extensive evidence showing that no-violent civilians and members of

---

including the identification, arrest, detention and removal of aliens who are subject to removal or are unlawfully present in the U.S.").

the press have been frequently and consistently subjected to unlawful dispersal orders and excessive force. *See, e.g.*, Docs. 22–1–22-34, 22-41–22-45, 57-1, 73-1–73-30, 77-1, 77-2, 94-1–94-4, 118-1–118-3, 140-1, 140-2, 188-1–188-3, 190-3, 190-4, 190-8, 190-9, 190-15. This evidence further shows that Defendants' actions have had a clear chilling effect on the class members. In light of this, the Court finds that "the balance tips in favor of certification." *Lacy*, 897 F.3d at 864 ("The defendants have not suggested how many of these individuals could not have been injured under the ADA, let alone shown 'a great many' who evaded harm.").

### C.    State of Mind

Defendants further argue that the proposed classes are not sufficiently ascertainable because they would require inquiring into class members' subjective states of mind. For example, they believe that determining whether an individual was praying or news gathering requires a state of mind inquiry. The Court disagrees. Seventh Circuit case law makes clear that "Plaintiffs can generally avoid the subjectivity problem by defining the class in terms of conduct (an objective fact) rather than a state of mind." *Mullins*, 795 F.3d at 660. That is precisely what Plaintiffs have done here—the class definitions refer to conduct, not subjective states of mind.

### D.    Temporal and Geographic Scope

Finally, Defendants argue that Plaintiffs' proposed class definitions lack definiteness due to their lack of an appropriate temporal and geographic scope. The Court again finds this argument unpersuasive.

Defendants' arguments regarding the temporal scope of the class seemingly focus on the fact that the class is open to future members. They argue that this is concerning, because "class membership can vary considerably day to day." Doc. 170 at 6. Defendants cite to no authority supporting this argument. This is unsurprising, as courts "routinely" certify classes that are

"open to future members." *Sparger-Withers v. Taylor*, 628 F. Supp. 3d 821, 830–31 (S.D. Ind.

2022)*; see also Plaintiffs #1-21 v. Cnty. of Suffolk*, No. 15 CV 2431, 2021 WL 1255011, at *16

(E.D.N.Y. Mar. 12, 2021) (rejecting argument that proposed class "without temporal limitation"

was not ascertainable because "classes for injunctive relief can include future members"), *report

and recommendation adopted*, No. 15CV2431, 2021 WL 1254408 (E.D.N.Y. Apr. 5, 2021);

*Crissen v. Gupta*, No. 2:12-CV-00355, 2014 WL 4129586, at *14 (S.D. Ind. Aug. 19, 2014)

(holding that "the lack of a temporal limitation is not problematic for purposes of

ascertainability").

Next, Defendants argue that the proposed class definitions have a "sweeping geographic

reach, covering protesters, religious observers, and reporters from Lake Shore Drive to Rockford

and Galena." Doc. 170 at 6. Yet they again cite to no authority supporting the proposition that

this geographic scope is so expansive to defeat certification. Nor can they, as courts routinely

certify classes with much broader geographic scopes than proposed here. *See, e.g.*, *In re Hair

Relaxer Mktg. Sales Pracs. & Prods. Liab. Litig.*, No. 23-CV-0818, 2024 WL 4333709, at *2

(N.D. Ill. Sept. 27, 2024) (finding nationwide consumer class sufficiently ascertainable);

*Suchanek v. Sturm Foods, Inc.*, 311 F.R.D. 239, 252, 260 (S.D. Ill. 2015) (proposed class of

individuals who purchased defendants' products "in Alabama, California, Illinois, New Jersey,

New York, North Carolina, South Carolina, and Tennessee" was ascertainable); *Foley v. Student

Assistance Corp.*, 336 F.R.D. 445 (E.D. Wis. 2020) (certifying class of "[a]ll persons in the

States of Wisconsin, Illinois, and Indiana"). The Court therefore finds that the class is

sufficiently ascertainable and turns to the requirements under Rule 23(a).

## II.    Rule 23(a) Requirements

### A.    Numerosity

Rule 23(a) requires that a class be "so numerous that joinder of all members is impracticable."  Fed. R. Civ. P. 23(a)(1).  Generally, numerosity exists where the proposed class includes at least forty members.  *See Swanson v. Am. Consumer Indus., Inc.*, 415 F.2d 1326, 1333 n.9 (7th Cir. 1969); *Smith v. Nike Retail Servs., Inc.*, 234 F.R.D. 648, 659 (N.D. Ill. 2006).  At the time they filed their amended complaint, Plaintiffs represented that the global class was composed of thousands of members.  Plaintiffs further contend that the subclasses are sufficiently numerous under Rule 23, with the religious exercise and press subclasses comprising hundreds of members each.  Defendants do not contest that Plaintiffs meet the numerosity requirement in this case, and the number of members here more than meets the minimum number necessary for class certification.  Thus, the Court concludes that Plaintiffs have met the numerosity requirement.

### B.    Commonality

Commonality requires Plaintiffs to show that "there are questions of law or fact common to the class."  Fed. R. Civ. P. 23(a)(2).  "Their claims must depend upon a common contention of such a nature that it is capable of classwide resolution—which means that determination of its truth or falsity will resolve an issue that is central to the validity of each one of the claims in one stroke."  *Dukes*, 564 U.S. at 350.  Even a single common question of law or fact will do.  *Id.* at 359.  "Where the same conduct or practice by the same defendant gives rise to the same kind of claims from all class members, there is a common question."  *Suchanek v. Sturm Foods, Inc.*, 764 F.3d 750 (7th Cir. 2014); *Rahim v. Sheahan*, No. 99 C 0395, 2001 WL 1263493, at *13 (N.D. Ill. Oct. 19, 2001) ("Perhaps more importantly here, when a 'question of law refers to

standardized conduct by defendants toward members of the class, a common nucleus of

operative facts is typically presented, and the commonality requirement is usually met.'")

(citation omitted); *Anderson v. Cornejo*, 199 F.R.D. 228, 239 (N.D. Ill. 2000) ("[A] common

question of fact will exist as to whether the practices and policies alleged actually existed").

Plaintiffs argue that commonality is satisfied in this case because "the putative class's

claims all derive from Defendants' common course of conduct in unlawfully dispersing,

targeting, and retaliating against people exercising their First Amendment rights" in the Northern

District of Illinois.  Doc. 81 at 8.  The Court agrees.  Plaintiffs have presented significant

evidence that, throughout the course of Operation Midway Blitz, Defendants have regularly and

systemically targeted non-violent civilians and members of the press while they are exercising

their First Amendment rights.  *See, e.g.*, Docs. 22-1–22-34, 22-41-22-45, 57-1, 73-1–73-30, 77-

1, 77-2, 94-1–94-4, 118-1–118-3, 140-1, 140-2, 188-1–188-3, 190-3, 190-4, 190-8, 190-9, 190-

15.  Defendants and their agents have used force indiscriminately, without making individualized

assessments as to threat.  And while Defendants argue that federal agents have only used force

when objectively reasonable and in response to violent mobs and rioters, the government's own

evidence in this case belies that assertion.  *See* Doc. 232.  Further, as the Court explained in its

oral ruling on the preliminary injunction, Defendants' accounts of these protests and uses of

force are simply not credible.

Plaintiffs have also presented evidence that makes clear that senior officials have

encouraged and endorsed federal agents' targeting of non-violent individuals exercising their

First Amendment rights.  For example, Defendant Noem has instructed federal agents to "go

hard" and "hammer" individuals for "the way they are talking, speaking, who they're affiliated

with."  Doc. 21 n.15.  Defendant Bovino followed this up by informing federal agents that a

"free speech zone" outside of the Broadview Detention Center is "now going to be a 'free arrest zone.'"  *Id.*  He later stated in an interview: "If someone strays into a pepper ball, then that's on them.  Don't protest, and don't trespass."  Doc. 190-5 at 4:4–6.  And during his deposition, he confirmed that he believed federal agents' uses of force throughout Operation Midway Blitz were "more than exemplary."  Doc. 238 at 59:9–15.

The Court is not persuaded by Defendants' arguments against a finding of commonality. First, Defendants argue that Plaintiffs do not allege (let alone show) that Defendants' allegedly unlawful conduct has injured all or most of the putative class members.  From a factual perspective, however, Plaintiffs *have* provided sufficient evidence to show that Defendants have indiscriminately used force and retaliated against non-violent demonstrators, religious practitioners, and members of the press.  Further, the law does not require Plaintiffs to prove that every member of the proposed class has been injured at this stage.  *See Bell v. PNC Bank, Nat. Ass'n*, 800 F.3d 360, 380 (7th Cir. 2015) ("Plaintiffs need not prove that every member of the proposed class has been harmed before the class can be certified."). As explained above, Defendants have not presented any evidence to show that a great number of class members are uninjured or could not have been injured.

Next, Defendants argue that the classes cannot meet the commonality requirement because the factual circumstances of each putative class members' encounters with federal agents vary, and the legal theories underlying their claims will differ as well.  But the fact that individualized inquiries may be necessary for some questions does not defeat commonality. "Neither Rule 23 nor any gloss that decided cases have added to it requires that every question be common."  *Suchanek*, 764 F.3d at 756; *see also Lacy*, 897 F.3d at 865 ("Although it is true that the reasonableness of a given accommodation will vary among individuals with differing

11

disabilities, any dissimilarities among the proposed class members will not impede the
generation of common answers in this case."); *Bell v. PNC Bank, Nat'l Ass'n*, 800 F.3d 360, 381
(7th Cir. 2015) ("[O]ur cases demonstrate that commonality as to every issue is not required for
class certification."); *Patrykus v. Gomilla*, 121 F.R.D. 357, 361 (N.D. Ill. 1988) ("It is
insignificant that individual roles and levels of participation among defendants varied or that
different degrees of harassment or abuse were inflicted upon individual class members, given the
common legal question presented for determination.").

Because the Court finds that Defendants have a common practice that they applied
indiscriminately across the classes, there is a "common core of salient facts" in this case which
supports a finding of commonality.  *See Multi-Ethnic Immigrant Workers Org. Network*, 246
F.R.D. at 630 ("The LAPD's command decisions to declare an unlawful assembly, disperse the
crowd, and authorize the use of force constitute the 'common core of salient facts' that support
commonality.").

C.    **Typicality**

To satisfy typicality, "there must be enough congruence between the named
representative's claim and that of the unnamed members of the class to justify allowing the
named party to litigate on behalf of the group."  *Spano v.  The Boeing Co.*, 633 F.3d 574, 586
(7th Cir. 2011).  The typicality requirement is "closely related" to the commonality inquiry, and
a "plaintiff's claim is typical if it arises from the same event or practice or course of conduct that
gives rise to the claims of other class members."  *Keele*, 149 F.3d at 595 (quoting *De La Fuente
v. Stokely-Van Camp, Inc*., 713 F.2d 225, 232 (7th Cir. 1983)).  Typicality is determined with
reference to a defendant's actions, not with respect to specific defenses a defendant may have
against certain class members.  *Wagner v. NutraSweet Co*., 95 F.3d 527, 534 (7th Cir. 1996).

The Court finds that Plaintiffs have satisfied the typicality requirement. Here, the named Plaintiffs' claims arise from the same course of conduct as the claims of the other class members; namely, Defendants' and their agents' indiscriminate use of force against non-violent civilians and members of the press exercising their First Amendment rights. This is sufficient to support a finding of typicality.

Defendants' arguments regarding typicality again fall flat. The fact that "each Plaintiff has unique circumstances . . . does not make his claims atypical or inadequately aligned with those of the class." *Zollicoffer v. Gold Standard Baking, Inc*., 335 F.R.D. 126 (N.D. Ill. 2020). "The typicality requirement may be satisfied even if there are factual distinctions between the claims of the named plaintiffs and those of other class members." *De La Fuente*, 713 F.2d at 232; *see also Multi-Ethnic Immigrant Workers Org. Network*, 246 F.R.D. at 632 ("Defendants nevertheless argue that typicality is lacking because the May Day incident gave rise to *different* rights, injuries, and claims, depending on whether one was a participant, legal observer, or bystander, whether one heard the dispersal order, whether one had physical contact with the police, and whether one suffered physical injury. Plaintiffs correctly respond that one's status as participant, observer or bystander does not defeat typicality as to their First Amendment claim, because that claim alleges that *everyone* had a First Amendment right to be in the park. Similarly, one's right to be free from excessive force does not depend on whether one was participating in the protest. Nor do differences in physical contact and injury defeat typicality as to the Fourth Amendment claim, because they are permissible variations within a class."). Thus, the variations that Defendants identify do not defeat typicality here.

### D.    Adequacy of Representation

To satisfy the adequacy of representation requirement, the class representative must possess the same interest as the class members and not have claims or interests that are antagonistic or conflicting with those of the class. *Amchem Prods., Inc. v. Windsor*, 521 U.S. 591, 625–26 (1997); *Rosario v. Livaditis*, 963 F.2d 1013, 1018 (7th Cir. 1992). The adequacy inquiry also involves determining whether the proposed class counsel is adequate. *Gomez v. St. Vincent Health, Inc.*, 649 F.3d 583, 592 (7th Cir. 2011). Defendants do not challenge the adequacy of the proposed class representatives or class counsel. Plaintiffs have participated in the litigation by signing declarations regarding their experiences demonstrating, protesting, observing, documenting, and/or recording DHS immigration operations in the Northern District of Illinois, and they contend that they are prepared to remain informed and involved with the case, and to testify at deposition or trial if needed. They further confirm that they understand and will fulfill their obligation to pursue the best interests of the Class. The Court does not perceive any issues with Plaintiffs' ability to represent the proposed class. Similarly, Plaintiffs' counsel has adequately represented Plaintiffs throughout the litigation and has significant experience litigating complex federal civil rights cases and class actions. The Court finds that Plaintiffs have met the adequacy requirements. Having found that Plaintiffs have satisfied Rule 23(a)'s requirements, the Court moves to consideration of Rule 23(b)(2)'s requirements.

### III.    Rule 23(b)(2)

A court may certify a class under Rule 23(b)(2) if "the party opposing the class has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole." Fed. R. Civ. P. 23(b)(2). "The key to the (b)(2) class is the indivisible nature of the injunctive or declaratory

14

remedy warranted—the notion that the conduct is such that it can be enjoined or declared

unlawful only as to all of the class members or as to none of them." *Dukes*, 564 U.S. at 360,

(citation omitted) (internal quotation marks omitted). Thus, a court can only certify a Rule

23(b)(2) class if "a single injunction or declaratory judgment would provide relief to each

member of the class." *Id.* That relief must also be final regarding the class as a whole. *Jamie S.*

*v. Milwaukee Pub. Schs.*, 668 F.3d 481, 499 (7th Cir. 2012).

Plaintiffs seek injunctive and declaratory relief that would not require individualized

determinations because Defendants have acted on grounds that apply generally to the class.

Thus, certification of a Rule 23(b)(2) class is proper.

**IV.    8 U.S.C. § 1252(f)(1)**

Finally, Defendants argue that the Court should deny Plaintiffs' motion because 8 U.S.C.

§ 1252(f)(1) bars the requested class-wide relief. The Court finds Defendants' argument

unavailing, as this issue is more relevant to the merits of Plaintiffs' case than the requirements

for class certification. As the Seventh Circuit has explained, "surety of prevailing on the merits

is not among" the class certification requirements and "[c]lasses can lose as well as win."

*Bennett v. Dart*, 953 F.3d 467, 469 (7th Cir. 2020). Thus, whether § 1252(f)(1) bars the

requested injunction would not change the Court's determination as to whether Plaintiffs have

met the Rule 23 requirements for class certification. If anything, "[t]he pertinent observation

here is that deciding who is correct on these issues will resolve the issues as to the entire class,"

which only serves to "underscore[e] the appropriateness of class certification." *Kidd v.*

*Mayorkas*, 343 F.R.D. 428, 442 (C.D. Cal. 2023) (analyzing § 1252(f)(1) argument in the context

of class certification motion). Regardless, as explained in the Court's oral ruling on Plaintiffs'

motion for preliminary injunction, the Court concludes that the requested injunctive relief does

not implicate § 1252(f)(1).

## CONCLUSION

The Court therefore finds that Plaintiffs have met the requirements of Rule 23 and grants

Plaintiffs' motion for class certification. The Court certifies the following class:

> All persons who are or will in the future non-violently
> demonstrate, protest, observe, document, or record at Department
> of Homeland Security immigration enforcement and removal
> operations in the Northern District of Illinois.

The Court also certifies the following subclasses:

> **Religious Exercise Subclass:** All persons who are or will in the
> future engage in religious expression in the form of prayer,
> procession, song, preaching, or proselytizing at Department of
> Homeland Security immigration enforcement and removal
> operations in the Northern District of Illinois.

> **Press Subclass:** All persons who are or will in the future engage in
> news gathering or reporting at Department of Homeland Security
> immigration enforcement and removal operations in the Northern
> District of Illinois.

Finally, the Court appoints The Civil Rights and Police Accountability Project of the Edwin F.

Mandel Legal Aid Clinic at the University of Chicago Law School; The Community Justice and

Civil Rights Clinic at Northwestern University Law School; Loevy + Loevy; The Roger Baldwin

Foundation of ACLU, Inc.; and Protect Democracy as class counsel.

Dated: November 6, 2025

_____
SARA L. ELLIS
United States District Judge

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.4) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:25-cv-12173
## Internal Use Only

Chicago Headline Club et al v. Noem et al
Assigned to: Honorable Sara L. Ellis
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 10/06/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Chicago Headline Club**                  represented by    **Jonathan I. Loevy**
Loevy & Loevy
311 N. Aberdeen
3rd FL
Chicago, IL 60607
(312)243-5900
Fax: Active
Email: jon@loevy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Michael Tucek**
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 361-8576
Fax: Not a member
Email: aaron@loevy.com
*ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
Loevy & Loevy
311 N. Aberdeen
311 N. Aberdeen
Chicago, IL 60515
(312) 243-5900
Fax: Not a member
Email: wolfson@loevy.com
*ATTORNEY TO BE NOTICED*

**Alyssa Martinez**
Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax: Not a member
Email: alyssa@loevy.com
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
Protect Democracy
3014 Dauphine St
New Orleans, LA 70117
202-909-7272
Fax: Not a member
Email:
conor.gaffney@protectdemocracy.org
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
Mandel Legal Aid Clinic
6020 South University Avenue
Chicago, IL 60637
(312) 702-9611
Fax: Active
Email: futterman@uchicago.edu
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
336 575 6968
Fax: Active
Email: daniel@first-defense.org
*ATTORNEY TO BE NOTICED*

**David Benjamin Owens**
Loevy & Loevy Attorneys At Law
311 N. Aberdeen St.
3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax: Not a member
Email: david@loevy.com
*ATTORNEY TO BE NOTICED*

**Dominique Anne Gilbert**
Loevy & Loevy
311 N Aberdeen St
Ste 3rd Floor
Chicago, IL 60607
312-243-5900
Email: gilbert@loevy.com
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
Loevy & Loevy
2060 Broadway
Suite 460
Boulder, CO 80302
720-328-5642

Email: elizabethw@loevy.com
*ATTORNEY TO BE NOTICED*

**Hannah Corinne Marion**
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
919-943-3734
Fax: Active
Email: hannah@first-defense.org
*ATTORNEY TO BE NOTICED*

**Hayden Johnson**
Protect Democracy Project
2020 Pennsylvania Ave. NW
Ste 163
Washington, DC 20006
202-870-3210
Fax: Not a member
Email:
hayden.johnson@protectdemocracy.org
*ATTORNEY TO BE NOTICED*

**Heather Lewis Donnell**
Loevy & Loevy
311 N. Aberdeen St.
3rd FL
Chicago, IL 60607
312 243 5900
Fax: Active
Email: heather@loevy.com
*ATTORNEY TO BE NOTICED*

**Hirsh M Joshi**
Roger Baldwin Foundation of ACLU, Inc.
150 North Michigan Avenue
Ste 600
Chicago, IL 60601
312-201-9740
Email: hjoshi@aclu-il.org
*ATTORNEY TO BE NOTICED*

**Isaac M Green**
Loevy & Loevy
311 North Aberdeen St.
Chicago, IL 60607
(312) 736-0186
Fax: Not a member
Email: green@loevy.com
*ATTORNEY TO BE NOTICED*

**Jordan Poole**
Loevy & Loevy

311 N. Aberdeen
3rd Fl
Chicago, IL 60607
(312) 243-5900
Fax: Not a member
Email: poole@loevy.com
*ATTORNEY TO BE NOTICED*

**Julia Therese Rickert**
Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
312-243-5900
Fax: Active
Email: julia@loevy.com
*ATTORNEY TO BE NOTICED*

**Justin Hill**
Loevy & Loevy Attorneys At Law
311 N Aberdeen Street
Chicago, IL 60607
(312) 243-5900
Fax: Not a member
Email: hill@loevy.com
*ATTORNEY TO BE NOTICED*

**Katharine Schwartzmann**
Protect Democracy
3015 Magazine Street
New Orleans, LA 70118
202-573-4382
Fax: Not a member
Email:
katie.schwartzmann@protectdemocracy.org
*ATTORNEY TO BE NOTICED*

**Kevin M. Fee , Jr**
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Avenue
Ste 600
Chicago, IL 60601
312-201-9740
Fax: Active
Email: kfee@aclu-il.org
*ATTORNEY TO BE NOTICED*

**Lindsay Hagy**
Loevy & Loevy
311 N. Aberdeen St.
Ste 3
Chicago, IL 60611
312-243-5900
Fax: 312-243-5902
Email: lindsay@loevy.com

*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
Loevy & Loevy
311 N. Aberdeen
3rd FL
Chicago, IL 60607
312-243-5900
Fax: Active
Email: locke@loevy.com
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
Loevy & Loevy
311 N. Aberdeen
Third Floor
Chicago, IL 60607
312-243-5900
Fax: Active
Email: matt@loevy.com
*ATTORNEY TO BE NOTICED*

**Priyanka Menon**
Roger Baldwin Foundation
150 North Michigan Ave.
Ste 600
Chicago, IL 60601
734-255-6958
Email: pmenon@aclu-il.org
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave.
Ste. 600
Chicago, IL 60601
(312) 201-9740
Fax: Active
Email: rglenberg@aclu-il.org
*ATTORNEY TO BE NOTICED*

**Scott R. Rauscher**
Loevy and Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607
312-243-5900
Fax: Active
Email: scott@loevy.com
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
Protect Democracy
2020 Pennsylvania Ave. NW

Washington, DC 20006-1811
850-860-9344
Fax: Not a member
Email:
shalini.agarwal@protectdemocracy.org
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
Loevy & Loevy
311 N Aberdeen Street
3rd Floor, Ste E
Chicago, IL 60607
312-243-5900
Fax: 312-243-5902
Email: tara@loevy.com
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**
Loevy & Loevy
311 North Aberdeen
3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax: Active
Email: tess@loevy.com
*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
Northwestern Pritzker School of Law -
Community Justice and
375 E. Chicago Ave.
Ste 8th Floor
Chicago, IL 60611
312-503-2224
Email: wally.hilke@law.northwestern.edu
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
Loevy & Loevy
311 N. Aberdeen St.
3rd Floor
Chicago, IL 60607
312 243 5900
Fax: Not a member
Email: steve@loevy.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Block Club Chicago**                    represented by    **Jonathan I. Loevy**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Aaron Michael Tucek**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Benjamin Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominique Anne Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Corinne Marion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hayden Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lewis Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hirsh M Joshi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac M Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Poole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Therese Rickert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katharine Schwartzmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin M. Fee , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Hagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priyanka Menon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Rauscher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**

*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chicago Newspaper Guild Local 34071**    represented by    **Jonathan I. Loevy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Michael Tucek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Benjamin Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominique Anne Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Corinne Marion**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Hayden Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lewis Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hirsh M Joshi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac M Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Poole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Therese Rickert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katharine Schwartzmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin M. Fee , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Hagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priyanka Menon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Rauscher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NABET-CWA Local 54041**              represented by  **Jonathan I. Loevy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Michael Tucek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Benjamin Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominique Anne Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Corinne Marion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hayden Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lewis Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hirsh M Joshi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac M Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Poole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Therese Rickert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katharine Schwartzmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin M. Fee , Jr**

*ATTORNEY TO BE NOTICED*

**Lindsay Hagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priyanka Menon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Rauscher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Illinois Press Association**          represented by **Jonathan I. Loevy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Michael Tucek**

*ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Benjamin Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominique Anne Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Corinne Marion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hayden Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lewis Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hirsh M Joshi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac M Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Poole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katharine Schwartzmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin M. Fee , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Hagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Thrush**                    represented by **Jonathan I. Loevy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Michael Tucek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Benjamin Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominique Anne Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Corinne Marion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hayden Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lewis Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hirsh M Joshi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac M Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Poole**

*ATTORNEY TO BE NOTICED*

**Julia Therese Rickert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katharine Schwartzmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin M. Fee , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Hagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priyanka Menon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Rauscher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raven Geary**                    represented by    **Jonathan I. Loevy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Michael Tucek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Benjamin Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominique Anne Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Corinne Marion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hayden Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lewis Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hirsh M Joshi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac M Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Poole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Therese Rickert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katharine Schwartzmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin M. Fee , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Hagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priyanka Menon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Rauscher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Held**                   represented by   **Jonathan I. Loevy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Michael Tucek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**

(See above for address)
ATTORNEY TO BE NOTICED

**David Benjamin Owens**
(See above for address)
ATTORNEY TO BE NOTICED

**Dominique Anne Gilbert**
(See above for address)
ATTORNEY TO BE NOTICED

**Elizabeth C. Wang**
(See above for address)
ATTORNEY TO BE NOTICED

**Hannah Corinne Marion**
(See above for address)
ATTORNEY TO BE NOTICED

**Hayden Johnson**
(See above for address)
ATTORNEY TO BE NOTICED

**Heather Lewis Donnell**
(See above for address)
ATTORNEY TO BE NOTICED

**Hirsh M Joshi**
(See above for address)
ATTORNEY TO BE NOTICED

**Isaac M Green**
(See above for address)
ATTORNEY TO BE NOTICED

**Jordan Poole**
(See above for address)
ATTORNEY TO BE NOTICED

**Julia Therese Rickert**
(See above for address)
ATTORNEY TO BE NOTICED

**Justin Hill**
(See above for address)
ATTORNEY TO BE NOTICED

**Katharine Schwartzmann**
(See above for address)
ATTORNEY TO BE NOTICED

**Kevin M. Fee , Jr**
(See above for address)
ATTORNEY TO BE NOTICED

**Lindsay Hagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priyanka Menon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Rauscher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Black**                    represented by    **Jonathan I. Loevy**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Aaron Michael Tucek**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Benjamin Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominique Anne Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Corinne Marion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hayden Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lewis Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hirsh M Joshi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac M Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Poole**

*ATTORNEY TO BE NOTICED*

**Julia Therese Rickert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katharine Schwartzmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin M. Fee , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Hagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priyanka Menon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Rauscher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Paulson**                    represented by **Jonathan I. Loevy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Michael Tucek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Benjamin Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominique Anne Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Corinne Marion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hayden Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lewis Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hirsh M Joshi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac M Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Poole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Therese Rickert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katharine Schwartzmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin M. Fee , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Hagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priyanka Menon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**

ATTORNEY TO BE NOTICED

**Scott R. Rauscher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Autumn Reidy-Hamer**                  represented by  **Jonathan I. Loevy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Michael Tucek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**

(See above for address)
*ATTORNEY TO BE NOTICED*

**David Benjamin Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominique Anne Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Corinne Marion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hayden Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lewis Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hirsh M Joshi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac M Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Poole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Therese Rickert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katharine Schwartzmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin M. Fee , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Hagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priyanka Menon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Rauscher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leigh Kunkel**                    represented by **Jonathan I. Loevy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Michael Tucek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexandra Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Conor Gaffney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Benson Futterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Massoglia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Benjamin Owens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dominique Anne Gilbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Corinne Marion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hayden Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Lewis Donnell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hirsh M Joshi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac M Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Poole**

*(See above for address)*
*ATTORNEY TO BE NOTICED*

**Julia Therese Rickert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katharine Schwartzmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin M. Fee , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Hagy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Vincent Topic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priyanka Menon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Kim Glenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Rauscher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa H. Kleinhaus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wallace Bertram Hilke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Edwards Art**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reverend Dr. Beth Johnson**               represented by    **Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Beale**                             represented by    **Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rudy Villa**                              represented by    **Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Crespo**                         represented by    **Alyssa Martinez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shalini Goel Agarwal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Locke E. Bowman , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rev. Abby Holcombe**                represented by    **Alyssa Martinez**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Shalini Goel Agarwal**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Locke E. Bowman , III**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Father Brendan Curran**            represented by    **Alyssa Martinez**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Shalini Goel Agarwal**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Locke E. Bowman , III**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kristi Noem**                      represented by    **Andrew Irwin Warden**
*Secretary, U.S. Department of Homeland*              U.S. Department of Justice
*Security (DHS)*                                      1100 L Street, NW
                                                     Washington, DC 20901
                                                     (202) 616-5084
                                                     Fax: US Govt Attorney
                                                     Email: andrew.warden@usdoj.gov
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Christopher Marisak Lynch**
                                                     United States Department of Justice-- Civil
                                                     Division, Federa
                                                     1100 L St NW
                                                     Washington, DC 20005
                                                     (202) 353-4537
                                                     Fax: US Govt Attorney

Email: christopher.g.lynch@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
DOJ-Civ
950 Pennsylvania Ave NW
Washington, DC 20530
771-209-1978
Fax: Not a member
Email: elizabeth.t.hedges@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
U.S. Department of Justice, Civil Division,
Federal Programs
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202-532-3114
Fax: Not a member
Email: jeremy.s.newman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
DOJ-Civ
Civil Division, Federal Programs Branch
1100 L Street NW
Ste 11516
Washington, DC 20005
202-598-0912
Fax: Not a member
Email: peter.r.goldstone@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
DOJ-Civ
1100 L Street NW
Washington, DC 20005
202-674-9761
Email: samuel.holt2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
DOJ-Civ
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC, DC 20530
202-353-0261
Fax: Not a member
Email: sarmad.khojasteh@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**

950 Pennsylvania Ave NW
Washington, DC 20530
202-860-9960
Fax: Not a member
Email: sean.skedzielewski@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Todd Lyons**
*Acting Director, U.S. Immigration and
Customs Enforcement (ICE)*

represented by **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marcos Charles**
*Acting Executive Associate Director,
Enforcement and Removal Operations, ICE*

represented by **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Russell Hott**
*Chicago Field Office Director, ICE*

represented by **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rodney Scott**
*Commissioner, U.S. Customs and Border
Protection (CBP)*

represented by **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gregory Bovino**
*Chief Border Patrol Agent, CBP*

represented by **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**

*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Daniel Driscoll**
*, Director of the Bureau of Alcohol,*
*Tobacco, Firearms and Explosives (ATF)*

represented by **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**William K. Marshall III**
*Director of the Federal Bureau of Prisons*
*(BOP)*

represented by **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**

*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pamela Bondi**                     represented by     **Andrew Irwin Warden**
*Attorney General of the United States*                 (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S Department of Homeland Security**          represented by   **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Department of Justice**          represented by   **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**

*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unidentified Federal Officer Defendants**        represented by        **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unidentified Federal Agency Defendants**        represented by        **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**

*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald J. Trump**
*President of the United States*

represented by **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Sean Skedzielewski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sam Olson Chicago Field Office Director, ICE**    represented by    **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shawn Byers Chicago Deputy Field Office Director**    represented by    **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kyle Harvick Deputy Incident**                     represented by     **Andrew Irwin Warden**
**Commander, CBP**                                                      (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Christopher Marisak Lynch**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Elizabeth Themins Hedges**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Jeremy Samuel Bloch Newman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Peter Roni Goldstone**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Sarmad M Khojasteh**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Kash Patel Director of the Federal**               represented by     **Andrew Irwin Warden**
**Bureau of Investigation (FBI)**                                       (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Christopher Marisak Lynch**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Elizabeth Themins Hedges**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Jeremy Samuel Bloch Newman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Peter Roni Goldstone**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Sarmad M Khojasteh**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Faron Paramore Director of the Federal
Protective Service (FPS)**

represented by **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen Miller White House Deputy
Chief of Staff**

represented by **Andrew Irwin Warden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Marisak Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Themins Hedges**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Samuel Bloch Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarmad M Khojasteh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**svc**

**Service List**

represented by **AUSA - Chicago**
United States Attorney's Office (NDIL -
Chicago)
219 South Dearborn Street

Chicago, IL 60604
Fax: US Govt Attorney
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Amicus**

**City of Chicago**                    represented by    **Chelsey Blaire Metcalf**
City Of Chicago Law Department
121 N. Lasalle St.
Suite 600
Chicago, IL 60602
(312) 744-9484
Fax: Active
Email: chelsey.metcalf@cityofchicago.org
*ATTORNEY TO BE NOTICED*

V.

**Intervenor**

**Chicago Public Media, Inc.**         represented by    **Steven P. Mandell**
Mandell P.C.
1 N. Franklin Street
Suite 900
Chicago, IL 60606
312-251-1001
Email: smandell@mandellpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Saucier**
Mandell P.C.
1 N. Franklin St.
Suite 900
Chicago, IL 60606
312-801-6482
Email: bsaucier@mandellpc.com
*ATTORNEY TO BE NOTICED*

**Julia Dacy**
Mandell PC
1 N. Franklin St.
Ste 900
Chicago, IL 60606
847-347-6676
Email: jdacy@mandellpc.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Chicago Sun-Times Media, Inc.**      represented by    **Steven P. Mandell**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brian D. Saucier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Dacy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Chicago Tribune Company, LLC**     represented by **Steven P. Mandell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian D. Saucier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Dacy**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2025 | 1 | COMPLAINT filed by Autumn Reidy-Hamer, Raven Geary, Block Club Chicago, Chicago Headline Club, Raven Geary, Chicago Newspaper Guild Local 34071, David Black, Leigh Kunkel, Stephen Held, NABET-CWA Local 54041, William Paulson, Illinois Press Association; Filing fee $ 405, receipt number AILNDC-24160520. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Art, Steven) (Entered: 10/06/2025) |
| 10/06/2025 | 2 | CIVIL Cover Sheet (Art, Steven) (Entered: 10/06/2025) |
| 10/06/2025 | 3 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Locke E. Bowman, III (Bowman, Locke) (Entered: 10/06/2025) |
| 10/06/2025 | 4 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Jonathan I. Loevy (Loevy, Jonathan) (Entered: 10/06/2025) |
| 10/06/2025 | 5 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Elizabeth C. Wang (Wang, Elizabeth) (Entered: 10/06/2025) |
| 10/06/2025 | 6 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven |

| | | Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Wallace Bertram Hilke (Hilke, Wallace) (Entered: 10/06/2025) |
|---|---|---|
| 10/06/2025 | 7 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Craig Benson Futterman (Futterman, Craig) (Entered: 10/06/2025) |
| 10/06/2025 | 8 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Hannah Corinne Marion (Marion, Hannah) (Entered: 10/06/2025) |
| 10/06/2025 | 9 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Theresa H. Kleinhaus (Kleinhaus, Theresa) (Entered: 10/06/2025) |
| 10/06/2025 | 10 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Daniel Massoglia (Massoglia, Daniel) (Entered: 10/06/2025) |
| 10/06/2025 | 11 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by David Benjamin Owens (Owens, David) (Entered: 10/06/2025) |
| 10/06/2025 | 12 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Jordan Poole (Poole, Jordan) (Entered: 10/06/2025) |
| 10/06/2025 | 13 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Isaac M Green (Green, Isaac) (Entered: 10/06/2025) |
| 10/06/2025 | 14 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Heather Lewis Donnell (Donnell, Heather) (Entered: 10/06/2025) |
| 10/06/2025 | 15 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Lindsay Hagy (Hagy, Lindsay) (Entered: 10/06/2025) |

| 10/06/2025 | 16 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Aaron Michael Tucek (Tucek, Aaron) (Entered: 10/06/2025) |
|---|---|---|
| 10/06/2025 | 17 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Justin Hill (Hill, Justin) (Entered: 10/06/2025) |
| 10/06/2025 | 18 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Alexandra Wolfson (Wolfson, Alexandra) (Entered: 10/06/2025) |
| 10/06/2025 | 19 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Dominique Anne Gilbert (Gilbert, Dominique) (Entered: 10/06/2025) |
| 10/06/2025 | 20 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Matthew Vincent Topic (Topic, Matthew) (Entered: 10/06/2025) |
| 10/06/2025 | 21 | MOTION by Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer for temporary restraining order *EMERGENCY*

(Wang, Elizabeth) (Entered: 10/06/2025) |
| 10/06/2025 | | CASE ASSIGNED to the Honorable Sara L. Ellis. Designated as Magistrate Judge the Honorable Jeannice W. Appenteng. Case assignment: Random assignment. (Civil Category 2). (khg, ) (Entered: 10/06/2025) |
| 10/06/2025 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (khg, ) (Entered: 10/06/2025) |
| 10/06/2025 | 22 | Plaintiffs' Exhibit List to Emergency Motion for Temporary Restraining Order by David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, |

| | | |
|---|---|---|
| | | Raven Geary, Autumn Reidy-Hamer (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45)(Wang, Elizabeth) (Entered: 10/06/2025) |
| 10/06/2025 | 23 | MOTION by Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer for leave to file excess pages<br><br>(Art, Steven) (Entered: 10/06/2025) |
| 10/06/2025 | 24 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Kevin M. Fee, Jr (Fee, Kevin) (Entered: 10/06/2025) |
| 10/06/2025 | 25 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Rebecca Kim Glenberg (Glenberg, Rebecca) (Entered: 10/06/2025) |
| 10/06/2025 | 26 | MINUTE entry before the Honorable Sara L. Ellis: In Court hearing regarding emergency motion for temporary restraining order 21 is set for 10/6/2025 at 2:30 PM. The parties are required to appear in person in courtroom 1403. Emailed notice (rj, ) (Entered: 10/06/2025) |
| 10/06/2025 | 27 | Proposed Temporary Restraining Order by David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer (Wang, Elizabeth) (Entered: 10/06/2025) |
| 10/06/2025 | 28 | DECLARATION of Elizabeth Wang *per Federal Rule of Civil Procedure 65(b)(1)(B)* (Wang, Elizabeth) (Entered: 10/06/2025) |
| 10/06/2025 | 29 | MOTION for Leave to Appear Pro Hac Vice on behalf of David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Katharine Schwartzmann; Filing fee $ 150, receipt number AILNDC-24163392.<br><br>(Schwartzmann, Katharine) (Entered: 10/06/2025) |
| 10/06/2025 | 30 | MOTION for Leave to Appear Pro Hac Vice on behalf of David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, |

| | | |
|---|---|---|
| | | NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Conor Gaffney; Filing fee $ 150, receipt number AILNDC-24163453.<br><br>(Gaffney, Conor) (Entered: 10/06/2025) |
| 10/06/2025 | 31 | MOTION for Leave to Appear Pro Hac Vice on behalf of David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Hamer by Hayden Johnson; Filing fee $ 150, receipt number AILNDC-24163521.<br><br>(Johnson, Hayden) (Entered: 10/06/2025) |
| 10/06/2025 | 32 | ATTORNEY Appearance for Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants by Sean Skedzielewski (Skedzielewski, Sean) (Entered: 10/06/2025) |
| 10/06/2025 | 33 | MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 10/6/2025 regarding emergency motion for a temporary restraining order, 21 and continued to 10/8/2025 at 2:00 PM. Plaintiffs to appear in person, and the Defendants to appear remotely. Emailed notice (rj, ) (Entered: 10/07/2025) |
| 10/08/2025 | 🔒 34 | TRANSCRIPT OF PROCEEDINGS held on October 6, 2025 before the Honorable Sara L. Ellis. Order Number: 53181. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/29/2025. Redacted Transcript Deadline set for 11/10/2025. Release of Transcript Restriction set for 1/6/2026. (Fitzgerald, Kelly) (Entered: 10/08/2025) |
| 10/08/2025 | 35 | RESPONSE by Pamela Bondi, Gregory Bovino, Marcos Charles, Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendantsin Opposition to MOTION by Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Raven Geary, Autumn Reidy-Ham 21 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit)(Skedzielewski, Sean) (Entered: 10/08/2025) |

| 10/08/2025 | 36 | PLAINTIFFS NOTICE OF AMENDED PROPOSED TEMPORARY RESTRAINING ORDER by David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Service List, Charles Thrush (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Art, Steven) (Entered: 10/08/2025) |
|---|---|---|
| 10/08/2025 | 37 | NOTICE PURSUANT TO RULE 41(a)(1)(A)(i) OF DISMISSAL OF THE ILLINOIS PRESS ASSOCIATION by Illinois Press Association (Art, Steven) (Entered: 10/08/2025) |
| 10/08/2025 | 39 | MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 10/8/2025 regarding emergency motion for a temporary restraining order, 21 and continued to 10/9/2025 at 10:30 AM. Plaintiffs to appear in person, and the Defendants to appear remotely. Emailed notice (rj, ) (Entered: 10/09/2025) |
| 10/09/2025 | 38 | PLAINTIFFS SUPPLEMENTAL MEMORANDUM BRIEF IN SUPPORT OF AMENDED PROPOSED TEMPORARY RESTRAINING ORDER by David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush (Attachments: # 1 Exhibit Ex. 1)(Wang, Elizabeth) (Entered: 10/09/2025) |
| 10/09/2025 | 40 | SUPPLEMENT to response in opposition to motion,,, 35 *CBP Directive re: Incident Driven Video Recording Systems* (Skedzielewski, Sean) (Entered: 10/09/2025) |
| 10/09/2025 | 41 | MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 10/9/2025. Emergency motion for temporary restraining order 21 is granted. Plaintiffs' motion for excess pages 23 is granted. Motions for leave to appear pro hac vice 29 , 30 , and 31 are granted. In Court hearing set for 10/23/2025 at 9:00 AM CST. Enter Temporary Restraining Order. [For further details, see separate order]. Emailed notice (rj, ) (Entered: 10/09/2025) |
| 10/09/2025 | 42 | TEMPORARY Restraining Order. Signed by the Honorable Sara L. Ellis on 10/9/2025:Emailed notice(rj, ) (Entered: 10/09/2025) |
| 10/09/2025 | 43 | ORDER. The Court grants Plaintiffs' emergency motion for temporary restraining order ("TRO") 21 . The Court has set forth the terms of the TRO in a separate document. The Court sets a preliminary injunction hearing for October 23, 2025 at 9 a.m. See Statement. Signed by the Honorable Sara L. Ellis on 10/9/2025. Emailed notice(rj, ) (Entered: 10/09/2025) |
| 10/10/2025 | 🔒 44 | TRANSCRIPT OF PROCEEDINGS held on October 8, 2025 before the Honorable Sara L. Ellis. Order Number: 53214. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |

|  |  |  | Redaction Request due 10/31/2025. Redacted Transcript Deadline set for 11/10/2025. Release of Transcript Restriction set for 1/8/2026. (Fitzgerald, Kelly) (Entered: 10/10/2025) |
| --- | --- | --- | --- |
| 10/14/2025 | 🔒 | 45 | TRANSCRIPT OF PROCEEDINGS held on October 9, 2025 before the Honorable Sara L. Ellis. Order Number: 53219. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626. |
|  |  |  | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
|  |  |  | Redaction Request due 11/4/2025. Redacted Transcript Deadline set for 11/14/2025. Release of Transcript Restriction set for 1/12/2026. (Fitzgerald, Kelly) (Entered: 10/14/2025) |
| 10/15/2025 |  | 46 | MINUTE entry before the Honorable Sara L. Ellis: In Court hearing set for 10/16/2025 at 8:30 AM. Plaintiffs to appear in person, and the Defendants to appear remotely (video). Emailed notice (rj, ) (Entered: 10/15/2025) |
| 10/15/2025 |  | 47 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush by Scott R. Rauscher (Rauscher, Scott) (Entered: 10/15/2025) |
| 10/15/2025 |  | 48 | ATTORNEY Appearance for Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants by Samuel Holt (Holt, Samuel) (Entered: 10/15/2025) |
| 10/15/2025 |  | 49 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush by Hirsh M Joshi (Joshi, Hirsh) (Entered: 10/15/2025) |
| 10/15/2025 |  | 50 | MOTION by Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush for discovery *(expedited)* |
|  |  |  | (Owens, David) (Entered: 10/15/2025) |
| 10/16/2025 |  | 51 | MINUTE entry before the Honorable Sara L. Ellis: In court hearing held. The Court modifies the Temporary Restraining Order and orders the parties to meet and confer regarding the modification as to use of body cameras. The parties must submit their proposed modified order to Judge Ellis' proposed order email. The Court sets a hearing for 10/20/2025 at 10:30 a.m. The Court orders Field Director Russell Holt to appear. The Court strikes the preliminary injunction hearing set for 10/23/2025 and resets it to 11/5/2025 at 9:00 AM. |

The Court sets the following briefing schedule on Plaintiffs' motion for preliminary injunction: Plaintiffs' motion is due by 10/21/2025; Defendants' response is due by 10/31/2025, and Plaintiffs' reply is due by 11/3/2025. The Court denies Plaintiffs' motion for expedited discovery as moot 50 as stated on the record. Plaintiffs should file their revised motion for expedited discovery by 10/16/2025 and Defendants' response is due by 10/17/2025. Plaintiffs should file any amended complaint and motion for class certification by 10/21/2025. Defendants' response to Plaintiffs' class certification motion is due by 10/31/2025 and Plaintiffs' reply is due by 11/3/2025. There will not be remote access for the hearing scheduled for October 20, 2025, pursuant to Judicial Conference policy, because the Court anticipates live testimony. The courtroom will be open to the public, and an overflow courtroom will be available for additional seating. Emailed notice (rj, ) (Entered: 10/16/2025)

| 10/16/2025 | 🔒 52 | TRANSCRIPT OF PROCEEDINGS held on October 16, 2025 before the Honorable Sara L. Ellis. Order Number: 53522. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/6/2025. Redacted Transcript Deadline set for 11/17/2025. Release of Transcript Restriction set for 1/14/2026. (Fitzgerald, Kelly) (Entered: 10/16/2025) |
| --- | --- | --- |
| 10/16/2025 | 53 | STATUS Report *JOINT STATUS REPORT OF ALL PARTIES* by Pamela Bondi, Gregory Bovino, Marcos Charles, Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants<br><br>(Attachments: # 1 Exhibit FPS TRO Guidance, # 2 Exhibit ICE TRO Guidance, # 3 Exhibit CBP Email Distribution, # 4 Exhibit CBP TRO Guidance, # 5 Exhibit DOJ Email Distribution)(Skedzielewski, Sean) (Entered: 10/16/2025) |
| 10/16/2025 | 54 | MOTION by Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush for discovery *(expedited)*<br><br>(Attachments: # 1 Exhibit Requests for Production)(Owens, David) (Entered: 10/16/2025) |
| 10/17/2025 | 55 | MOTION by Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants for reconsideration regarding order on motion for discovery,,,,,,, in court hearing,,,,,,, set |

| | | | |
|---|---|---|---|
| | | | deadlines, hearings,,,,,, 51 *EMERGENCY Motion to Modify Procedure For Hearing on October 20, 2025*<br><br>(Attachments: # 1 Text of Proposed Order)(Skedzielewski, Sean) (Entered: 10/17/2025) |
| 10/17/2025 | | 56 | MINUTE entry before the Honorable Sara L. Ellis: The Court sets a telephone conference for 10/17/2025 at 12:30 PM regarding the emergency motion to modify procedure for hearing on Oct. 20, 2025 55 . Attorneys/Parties should appear for the hearing by calling the Toll-Free Number: (650) 479-3207, Access Code: 2314 361 1508. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call-in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll-free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (rj, ) (Entered: 10/17/2025) |
| 10/17/2025 | ⇥ | 57 | MOTION by Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, svc Service List to enforce *TRO*<br><br>(Attachments: # 1 Exhibit Ex. 1)(Kleinhaus, Theresa) (Entered: 10/17/2025) |
| 10/17/2025 | | 58 | *Plaintiff's* NOTICE of Motion by Theresa H. Kleinhaus for presentment of motion to enforce, 57 before Honorable Sara L. Ellis on 10/2/2025 at 10:30 AM. (Kleinhaus, Theresa) (Entered: 10/17/2025) |
| 10/17/2025 | | 59 | RESPONSE by David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrushin Opposition to MOTION by Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidenti 55 (Owens, David) (Entered: 10/17/2025) |
| 10/17/2025 | | 60 | PLAINTIFF'S PROPOSED MODIFICATION OF THE COURT'S TEMPORARY RESTRAINING ORDER by David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush (Art, Steven) (Entered: 10/17/2025) |
| 10/17/2025 | | 61 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush by Tara Thompson (Thompson, Tara) (Entered: 10/17/2025) |

| 10/17/2025 | 62 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush by Julia Therese Rickert (Rickert, Julia) (Entered: 10/17/2025) |
|---|---|---|
| 10/17/2025 | 63 | DEFENDANTS PROPOSED MODIFICATION OF THE COURT'S TEMPORARY RESTRAINING ORDER by Pamela Bondi, Gregory Bovino, Marcos Charles, Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants (Skedzielewski, Sean) (Entered: 10/17/2025) |
| 10/17/2025 | 64 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush by Tara Thompson - *corrected* (Thompson, Tara) (Entered: 10/17/2025) |
| 10/17/2025 | 65 | MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 10/17/2025. The Court grants Defendants' emergency motion to modify procedure for hearing on Oct. 20, 2025 55 as stated on the record. Enter Modified Temporary Restraining Order. [For further details, see separate order.] Emailed notice (rj, ) (Entered: 10/17/2025) |
| 10/17/2025 | 66 | Modified Temporary Restraining Order. Signed by the Honorable Sara L. Ellis on 10/17/2025:Emailed notice(rj, ) (Entered: 10/17/2025) |
| 10/17/2025 | 67 | Plainitffs' Proposed Questions for Defendants' Witnesses at October 20th Hearing by David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush (Donnell, Heather) (Entered: 10/17/2025) |
| 10/17/2025 | 68 | RESPONSE by Pamela Bondi, Gregory Bovino, Marcos Charles, Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendantsin Opposition to MOTION by Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Illinois Press Association, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Th 54 (Holt, Samuel) (Entered: 10/17/2025) |
| 10/18/2025 | 69 | NOTICE by All Defendants *of Witnesses for the October 20, 2025 Hearing* (Holt, Samuel) (Entered: 10/18/2025) |
| 10/19/2025 | 70 | Notice of Distribution of Modified Temporary Restraining Order by Pamela Bondi, Gregory Bovino, Marcos Charles, Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants (Attachments: # 1 Exhibit CBP Email Distribution, # 2 Exhibit ICE Email Distribution, # 3 Exhibit DOJ Email Distribution)(Skedzielewski, Sean) (Entered: 10/19/2025) |

| 10/20/2025 | 71 | REPLY by Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush to motion for discovery, 54 , response in opposition to motion,, 68 (Owens, David) (Entered: 10/20/2025) |
|---|---|---|
| 10/20/2025 | 72 | ATTORNEY Appearance for Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush by Priyanka Menon (Menon, Priyanka) (Entered: 10/20/2025) |
| 10/20/2025 | 85 | MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 10/20/2025. The Court grants in part and denies in part Plaintiffs' motion for expedited discovery 54 as stated on the record. The Court enters and continues Plaintiffs' motion to enforce the Court's temporary restraining order 57 to 11/5/25 at 9 a.m. Emailed notice (rj, ) (Entered: 10/22/2025) |
| 10/21/2025 | 73 | Plaintiffs' Supplemental Exhibit List by David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush (Attachments: # 1 Exhibit 46, # 2 Exhibit 47, # 3 Exhibit 48, # 4 Exhibit 49, # 5 Exhibit 50, # 6 Exhibit 51, # 7 Exhibit 52, # 8 Exhibit 53, # 9 Exhibit 54, # 10 Exhibit 55, # 11 Exhibit 56, # 12 Exhibit 57, # 13 Exhibit 58, # 14 Exhibit 59, # 15 Exhibit 60, # 16 Exhibit 61, # 17 Exhibit 62, # 18 Exhibit 63, # 19 Exhibit 64, # 20 Exhibit 65, # 21 Exhibit 66, # 22 Exhibit 67, # 23 Exhibit 68, # 24 Exhibit 69, # 25 Exhibit 70, # 26 Exhibit 71, # 27 Exhibit 72, # 28 Exhibit 73, # 29 Exhibit 74, # 30 Exhibit 75, # 31 Exhibit 76)(Owens, David) (Entered: 10/21/2025) |
| 10/21/2025 | 74 | Second Notice of Distribution of Modified Temporary Restraining Order by Pamela Bondi, Gregory Bovino, Marcos Charles, Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants (Attachments: # 1 Exhibit FPS Email Distribution)(Skedzielewski, Sean) (Entered: 10/21/2025) |
| 10/21/2025 | 🔒 75 | TRANSCRIPT OF PROCEEDINGS held on October 20, 2025 before the Honorable Sara L. Ellis. Order Number: 53552. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/11/2025. Redacted Transcript Deadline set for 11/21/2025. Release of Transcript Restriction set for 1/19/2026. (Fitzgerald, Kelly) (Entered: 10/21/2025) |
| 10/21/2025 | 🔒 76 | SEALED TRANSCRIPT OF PROCEEDINGS held on October 20, 2025 before the Honorable Sara L. Ellis. Court Reporter Contact Information: Kelly |

| | | | M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626. (Fitzgerald, Kelly) (Entered: 10/21/2025) |
|---|---|---|---|
| 10/21/2025 | | 77 | Plaintiffs' Second Supplemental Exhibit List by David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush (Attachments: # 1 Exhibit 77, # 2 Exhibit 78, # 3 Exhibit 79, # 4 Exhibit 80)(Owens, David) (Entered: 10/21/2025) |
| 10/21/2025 | | 78 | MOTION by Plaintiffs David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Raven Geary, Stephen Held, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush for leave to file excess pages *,Unopposed* <br><br> (Rauscher, Scott) (Entered: 10/21/2025) |
| 10/21/2025 | | 79 | DECLARATION of Lindsay Hagy (Hagy, Lindsay) (Entered: 10/21/2025) |
| 10/21/2025 | | 80 | AMENDED complaint by Raven Geary, Block Club Chicago, Chicago Headline Club, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Chicago Newspaper Guild Local 34071, David Black, Leigh Kunkel, Stephen Held, NABET-CWA Local 54041, Reverend Dr. Beth Johnson, David Beale, Rudy Villa, Jennifer Crespo, Rev. Abby Holcombe, Father Brendan Curran against All Defendants (Bowman, Locke) (Entered: 10/21/2025) |
| 10/21/2025 | | 81 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to certify class <br><br> (Rauscher, Scott) (Entered: 10/21/2025) |
| 10/22/2025 | | 82 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa for preliminary injunction <br><br> (Owens, David) (Entered: 10/22/2025) |
| 10/22/2025 | | 83 | NOTICE of Motion by Steven Edwards Art for presentment of motion to certify class, 81 , motion for preliminary injunction, 82 before Honorable Sara L. Ellis on 11/4/2025 at 09:45 AM. (Art, Steven) (Entered: 10/22/2025) |
| 10/22/2025 | | 84 | Supplemental Filign - Exs to Dkt. 81 by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # 1 Exhibit Ex. 2, # 2 Exhibit Ex. 3, # 3 Exhibit Ex. 4, # 4 Exhibit Ex. 5)(Rauscher, Scott) (Entered: 10/22/2025) |
| 10/22/2025 | | 86 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer |

| | | |
|---|---|---|
| | | Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa for preliminary injunction *CORRECTED TOA* (Owens, David) (Entered: 10/22/2025) |
| 10/23/2025 | 87 | MINUTE entry before the Honorable Sara L. Ellis: The Court modifies the order on expedited discovery 85 as follows: the Court expands the time for the depositions of Gregory Bovino to 5 hours, Daniel Parra to 3 hours, and Russell Hott to 3 hours. The Court orders the parties to include the use of force incidents by CBP in the neighborhood of Little Village on 10/22/2025 and 10/23/2025 when the Court will address Plaintiffs' motion to enforce the TRO 57 on 11/5/2025 during the preliminary injunction hearing. The Court reminds Defendants of their obligation to preserve all body-worn camera footage of any use of force incident resulting from Operation Midway Blitz from 9/2/2025 through the resolution of this case. Emailed notice (rj, ) (Entered: 10/23/2025) |
| 10/23/2025 | 88 | PLAINTFFS NOTICE OF ALLEGED VIOLATION by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/23/2025) |
| 10/23/2025 | 89 | CORRECTED Notice of Alleged Violation [Dkt. 88] by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *LINK CORRECTED* (Art, Steven) (Entered: 10/23/2025) |
| 10/23/2025 | 90 | NOTICE by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *NOTICE OF VIOLATION OF TRO* (Attachments: # 1 Exhibit 81)(Kleinhaus, Theresa) (Entered: 10/23/2025) |
| 10/24/2025 | 91 | ATTORNEY Appearance for Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff by Peter Roni Goldstone (Goldstone, Peter) (Entered: 10/24/2025) |
| 10/24/2025 | 92 | ORDER. The Court sets a status hearing for 10/28/2025 at 10:00 AM. The Court orders Defendants to produce Defendant Gregory Bovino, in person, for |

| | | | |
|---|---|---|---|
| | | | this hearing. Signed by the Honorable Sara L. Ellis on 10/24/2025. Emailed notice(rj, ) (Entered: 10/24/2025) |
| 10/25/2025 | | 93 | ATTORNEY Appearance for Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff by Christopher Marisak Lynch (Lynch, Christopher) (Entered: 10/25/2025) |
| 10/26/2025 | | 94 | NOTICE by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *OF VIOLATIONS OF THE COURTS TEMPORARY RESTRAINING ORDER* (Attachments: # 1 Exhibit 82, # 2 Exhibit 83, # 3 Exhibit 84, # 4 Exhibit 85) (Art, Steven) (Entered: 10/26/2025) |
| 10/26/2025 | ⊣ | 95 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa for protective order

(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Art, Steven) (Entered: 10/26/2025) |
| 10/26/2025 | | 96 | MOTION by Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff for protective order *and in opposition to Plaintiffs' Motion for Protective Order at ECF No. 95*

(Attachments: # 1 Exhibit Email from Plainitffs' Cousnel, # 2 Text of Proposed Order Protective Order, # 3 Text of Proposed Order Clawback Order) (Skedzielewski, Sean) (Entered: 10/26/2025) |
| 10/27/2025 | 🔒 🔒 | 97 | SUMMONS Submitted (Court Participant) for defendant(s) Pamela Bondi by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William |

| | | | |
|---|---|---|---|
| | | | Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 98 | SUMMONS Submitted (Court Participant) for defendant(s) Gregory Bovino by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 99 | SUMMONS Submitted (Court Participant) for defendant(s) Shawn Byers by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | | 100 | CLAWBACK ORDER AND FEDERAL RULE OF EVIDENCE 502(d) ORDER Signed by the Honorable Sara L. Ellis on 10/27/2025. Mailed notice (gel,) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 101 | SUMMONS Submitted (Court Participant) for defendant(s) Marcos Charles by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 102 | SUMMONS Submitted (Court Participant) for defendant(s) U.S Department of Homeland Security by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 103 | SUMMONS Submitted (Court Participant) for defendant(s) Daniel Driscoll by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 104 | SUMMONS Submitted (Court Participant) for defendant(s) Kyle Harvick by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 105 | SUMMONS Submitted (Court Participant) for defendant(s) Rusell Hott by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline |

| | | | |
|---|---|---|---|
| | 🔒 🔒 | | Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | [106](#) | SUMMONS Submitted (Court Participant) for defendant(s) Todd Lyons by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | [107](#) | SUMMONS Submitted (Court Participant) for defendant(s) William K, Marshall III by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | [108](#) | SUMMONS Submitted (Court Participant) for defendant(s) Stephen Miller by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | [109](#) | SUMMONS Submitted (Court Participant) for defendant(s) Kristi Noem by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | [110](#) | SUMMONS Submitted (Court Participant) for defendant(s) Sam Olson by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | [111](#) | SUMMONS Submitted (Court Participant) for defendant(s) Faron Paramore by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | [112](#) | SUMMONS Submitted (Court Participant) for defendant(s) Kash Patel by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father |

| | | | |
|---|---|---|---|
| | | | Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | [113](#) | SUMMONS Submitted (Court Participant) for defendant(s) Rodney S. Scott by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | [114](#) | SUMMONS Submitted (Court Participant) for defendant(s) Donald J. Trump by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | [115](#) | SUMMONS Submitted (Court Participant) for defendant(s) U.S. Department of Justice by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | | [116](#) | MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants' motion for a protective order [96](#) and denies, without prejudice, Plaintiffs' motion for a protective order [95](#) . The Court enters Defendants' proposed protective order and clawback order that covers solely the expedited discovery (written discovery, document production, and depositions) disclosed by the parties in preparation for the preliminary injunction hearing set for 11/5/2025. The Court will allow the parties to confer and further negotiate a protective order to govern discovery during the remainder of this litigation. Mailed notice (gel,) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 | | SUMMONS - ERROR UNPROCESSED due to Wrong form used. Please use correct form here: https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_online/ao440e.pdf (gmc, ) (Entered: 10/27/2025) |
| 10/27/2025 | | [117](#) | CONFIDENTIALITY ORDER Signed by the Honorable Sara L. Ellis on 10/27/2025. Mailed notice (gel,) (Entered: 10/27/2025) |
| 10/27/2025 | | [118](#) | Notice of Temporary Restraining Order Violation by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # [1](#) Exhibit 86, # [2](#) Exhibit 87, # [3](#) Exhibit 88)(Kleinhaus, Theresa) (Entered: 10/27/2025) |
| 10/27/2025 | | [119](#) | ATTORNEY Appearance for Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam |

| | | | |
|---|---|---|---|
| | 🔒 🔒 | | Olson Chicago Field Office Director, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott III, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff by Elizabeth Themins Hedges (Hedges, Elizabeth) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 120 | SUMMONS Submitted (Court Participant) for defendant(s) Pamela Bondi by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 121 | SUMMONS Submitted (Court Participant) for defendant(s) Gregory Bovino by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 122 | SUMMONS Submitted (Court Participant) for defendant(s) Shawn Byers by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 123 | SUMMONS Submitted (Court Participant) for defendant(s) Marcos Charles by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 124 | SUMMONS Submitted (Court Participant) for defendant(s) Department of Homeland Security by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 | 125 | SUMMONS Submitted (Court Participant) for defendant(s) Daniel Driscoll by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William |

Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven)
(Entered: 10/27/2025)

| 10/27/2025 | 🔒 🔒 126 | SUMMONS Submitted (Court Participant) for defendant(s) Kyle Harvick by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
|---|---|---|
| 10/27/2025 | 🔒 🔒 127 | SUMMONS Submitted (Court Participant) for defendant(s) Russell Hott by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 128 | SUMMONS Submitted (Court Participant) for defendant(s) Todd Lyons by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 129 | SUMMONS Submitted (Court Participant) for defendant(s) William K. Marshall III by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 130 | SUMMONS Submitted (Court Participant) for defendant(s) Stephen Miller by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 131 | SUMMONS Submitted (Court Participant) for defendant(s) Kristi Noem by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 🔒 132 | SUMMONS Submitted (Court Participant) for defendant(s) Sam Olson by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William |

Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025)

| 10/27/2025 | 🔒🔒 | 133 | SUMMONS Submitted (Court Participant) for defendant(s) Faron Paramore by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
|---|---|---|---|
| 10/27/2025 | 🔒🔒 | 134 | SUMMONS Submitted (Court Participant) for defendant(s) Kash Patel by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒🔒 | 135 | SUMMONS Submitted (Court Participant) for defendant(s) Rodney S. Scott by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒🔒 | 136 | SUMMONS Submitted (Court Participant) for defendant(s) Donald J. Trump by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒🔒 | 137 | SUMMONS Submitted (Court Participant) for defendant(s) U.S Department of Justice by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | | 138 | MINUTE entry before the Honorable Sara L. Ellis: There will not be remote access for the hearing scheduled for October 28, 2025, pursuant to Judicial Conference policy, because the Court anticipates live testimony. The courtroom will be open to the public, and an overflow courtroom will be available for additional seating. Emailed notice (rj, ) (Entered: 10/27/2025) |
| 10/27/2025 | 🔒 | 139 | SUMMONS Issued (Court Participant) as to Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Stephen Miller White House Deputy |

| | | |
|---|---|---|
| | | Chief of Staff (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons)(gmc, ) (Entered: 10/27/2025) |
| 10/27/2025 | 140 | Plaintiffs Notice of Violations of the Courts Temporary Restraining Order by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # 1 Exhibit EX.89, # 2 Exhibit EX. 94)(Art, Steven) (Entered: 10/27/2025) |
| 10/27/2025 | 141 | ATTORNEY Appearance for Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa by Alyssa Martinez (Martinez, Alyssa) (Entered: 10/27/2025) |
| 10/27/2025 | 142 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to amend/correct temporary restraining order 66<br><br>(Art, Steven) (Entered: 10/27/2025) |
| 10/28/2025 | 143 | SUPPLEMENTAL FILING IN SUPPORT OF NOTICE OF ALLEGED VIOLATION by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # 1 Exhibit A)(Art, Steven) (Entered: 10/28/2025) |
| 10/28/2025 | 144 | TRANSCRIPT OF PROCEEDINGS held on October 28, 2025 before the Honorable Sara L. Ellis. Order Number: 53642. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/18/2025. Redacted Transcript Deadline set for 11/28/2025. Release of Transcript Restriction set for 1/26/2026. (Fitzgerald, Kelly) (Entered: 10/28/2025) |
| 10/28/2025 | 145 | SEALED ORDER. Signed by the Honorable Sara L. Ellis on 10/28/2025 (td, ) (Entered: 10/28/2025) |

| 10/28/2025 | 146 | MINUTE entry before the Honorable Sara L. Ellis: Court hearing held. The Court enters and continues Plaintiffs' motion to modify the TRO 142 to the date of the preliminary injunction hearing on 11/5/2025. The Court orders Defendants to have all Federal Agents operating in Operation Midway Blitz to place an identifier conspicuously on their uniform where one can easily view it and the Agent's equipment does not obscure it. Custom and Border Protection will strive to ensure that all CBP agents working in Operation Midway Blitz have body-worn cameras. Additionally, Defendant Bovino has agreed to have a body-worn camera assigned to him by 10/31/2025 and have completed BWC training. The Court orders Defendants to provide to the Court, under seal, all CBP use of force reports relating to Operation Midway Blitz from 9/2/2025 through 10/25/2025, by COB 10/31/2025. The Court further orders Defendants to provide to the Court, under seal, all BWC video corresponding to the use of force reports from 9/2/2025 through 10/25/2025 filed with the Court by COB 10/31/2025. The Court orders Defendants to provide to the Court, under seal, all additional CBP use of force reports and corresponding BWC video within 24 hours of finalization of the CBP reports. The Court orders Defendant Bovino to appear in court, in person, week days at 5:45 PM (modifying the Court's oral order during the hearing to account for the security needs of the Dirksen Courthouse) in courtroom 1403 to report on the use of force activities for each day. Finally, the Court orders Defendants to provide to the Court, under seal, by COB 10/31/2025 a chart containing the names, dates of arrest or detention, charges or citations, and resolution of the arrest or detention (e.g., released with charging, charged with misdemeanor, charged with felony, given summons, or given citation) for all individuals detained or arrested by CBP from 9/2/2025 through 10/29/2025 that is not directly related to an immigration enforcement violation, such as a failure to appear for an immigration appointment or an outstanding order of removal. The Court denies Defendants' oral motion to stay this order. The Court denies Defendants' oral motion to stay Defendant Bovino's deposition. Emailed notice (rj, ) (Entered: 10/28/2025) |
| 10/28/2025 | 147 | SUMMONS Returned Executed by Raven Geary, Block Club Chicago, Chicago Headline Club, Father Brendan Curran, David Beale, Rev. Abby Holcombe, William Paulson, Reverend Dr. Beth Johnson, Autumn Reidy-Hamer, Jennifer Crespo, Charles Thrush, Rudy Villa, Chicago Newspaper Guild Local 34071, David Black, Leigh Kunkel, Stephen Held, NABET-CWA Local 54041 as to All Defendants. (Art, Steven) (Entered: 10/28/2025) |
| 10/29/2025 | 148 | ATTORNEY Appearance for Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff by Sarmad M Khojasteh (Khojasteh, Sarmad) (Entered: 10/29/2025) |
| 10/29/2025 | 149 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local |

| | | | |
|---|---|---|---|
| | | | 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa FOR ENTRY OF ORDER ALLOWING EQUIPMENT INTO EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE FOR THE DEPOSITION OF DEFENDANT GREGORY BOVINO AND DANIEL PARRA<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B)(Art, Steven) (Entered: 10/29/2025) |
| 10/29/2025 | | 150 | MINUTE entry before the Honorable Sara L. Ellis: Plaintiffs' motion for entry of order allowing equipment into Everett McKinley Dirksen United States Courthouse for the deposition of Defendant Gregory Bovino and Daniel Parra 149 is granted. [For further details, see separate order.] Emailed notice (rj, ) (Entered: 10/29/2025) |
| 10/29/2025 | | 151 | ORDER. Signed by the Honorable Sara L. Ellis on 10/29/2025. Emailed notice(rj, ) (Entered: 10/29/2025) |
| 10/29/2025 | | 152 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to compel<br><br>(Attachments: # 1 Exhibit A)(Donnell, Heather) (Entered: 10/29/2025) |
| 10/29/2025 | | 153 | ACKNOWLEDGMENT of receipt of short record on appeal; USCA Case No. 25-2936. (emc, ) (Entered: 10/29/2025) |
| 10/29/2025 | | 154 | ORDER dated 10/29/2025 from the 7th Circuit; Appellate case no.: 25-2936; The following are before the court: 1. PETITION FOR A WRIT OF MANDAMUS, filed on October 29, 2025, by counsel for the petitioners. 2. EMERGENCY MOTION FOR A STAY PENDING A RULING ON THE GOVERNMENT'S PETITION FOR A WRIT OF MANDAMUS AND AN IMMEDIATE ADMINISTRATIVE STAY, filed on October 29, 2025, by counsel for the petitioners. IT IS ORDERED that the government's request for an administrative stay is GRANTED. Pending a decision on the petition for a writ of mandamus, the district court's October 28, 2025 order is temporarily STAYED only to the extent it required Gregory Bovino to appear in court, in person, each weekday at 5:45 PM. IT IS FURTHER ORDERED that plaintiffs shall respond to the petition by 5:00 pm on October 30, 2025. (emc, ) (Entered: 10/29/2025) |
| 10/29/2025 | | 155 | AMENDED ORDER. Signed by the Honorable Sara L. Ellis on 10/29/2025. Emailed notice(rj, ) (Entered: 10/29/2025) |
| 10/29/2025 | 🔒 🔒 | 156 | SUMMONS Submitted (Court Participant) for defendant(s) United States Attorneys Office by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 10/29/2025) |
| 10/29/2025 | 🔒 | 157 | SUMMONS Issued (Court Participant) as to Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam |

| | | | |
|---|---|---|---|
| | | | Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Stephen Miller White House Deputy Chief of Staff, and U.S. Attorney. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons, # 18 Summons)(gmc, ) (Entered: 10/29/2025) |
| 10/29/2025 | | 159 | MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 10/29/2025. The Court grants Plaintiffs' motion to compel 152 as stated on the record. The Court orders Defendants to produce to Plaintiffs all video (both BWC and drone footage) of the use of force incidents on 10/23/2025 in the Little Village neighborhood by 9:00 PM on 10/29/2025. Defendants filed a petition for a writ of mandamus and the 7th Circuit granted an administrative stay pending a decision on the petition for a writ of mandamus of the portion of this Court's order 146 requiring Gregory Bovino appear in person before this Court each weekday until the preliminary injunction hearing set for 11/5/2025. Pursuant to the 7th Circuit's administrative stay 154 , this Court strikes the hearing set for 10/30/2025 at 5:45 PM. Emailed notice (rj, ) (Entered: 10/30/2025) |
| 10/30/2025 | 🔒 | 158 | TRANSCRIPT OF PROCEEDINGS held on October 29, 2025 before the Honorable Sara L. Ellis. Order Number: 53660. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 11/20/2025. Redacted Transcript Deadline set for 12/1/2025. Release of Transcript Restriction set for 1/28/2026. (Fitzgerald, Kelly) (Entered: 10/30/2025) |
| 10/30/2025 | | 160 | MOTION by Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Stephen Miller White House Deputy Chief of Staff DEFENDANTS' EMERGENCY MOTION FOR LEAVE TO PROVIDE ACCESS TO BODY CAMERA VIDEOS THROUGH CLOUD-BASED PORTAL <br><br> (Warden, Andrew) (Entered: 10/30/2025) |
| 10/30/2025 | | 161 | ATTORNEY Appearance for Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam |

| | | Olson Chicago Field Office Director, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff by Andrew Irwin Warden (Warden, Andrew) (Entered: 10/30/2025) |
|---|---|---|
| 10/30/2025 | 162 | Notice of Non-Opposition to Motion by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Illinois Press Association, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Owens, David) (Entered: 10/30/2025) |
| 10/30/2025 | 163 | MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 10/30/2025 over the parties' disputes that arose during Defendant Bovino's deposition. The Court ruled on the disputes as stated on the record. Emailed notice (rj, ) (Entered: 10/31/2025) |
| 10/31/2025 | 164 | MINUTE entry before the Honorable Sara L. Ellis: Defendants' emergency motion for leave to provide access to body camera videos through cloud-based portal 160 is granted. The Plaintiffs are directed to provide information to Defendants to allow access to the videos. Emailed notice (rj, ) (Entered: 10/31/2025) |
| 10/31/2025 | 165 | MOTION for Leave to Appear Pro Hac Vice on behalf of David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa by Shalini Goel Agarwal; Filing fee $ 150, receipt number AILNDC-24286964.<br><br>(Agarwal, Shalini) (Entered: 10/31/2025) |
| 10/31/2025 | 166 | ATTORNEY Appearance for Amicus City Of Chicago by Chelsey Blaire Metcalf (Metcalf, Chelsey) (Entered: 10/31/2025) |
| 10/31/2025 | 167 | MOTION by Amicus City Of Chicago for leave to file *Amicus Brief (Unopposed)*<br><br>(Attachments: # 1 Exhibit A - City of Chicago's Amicus Brief)(Metcalf, Chelsey) (Entered: 10/31/2025) |
| 10/31/2025 | 168 | NOTICE of Motion by Chelsey Blaire Metcalf for presentment of motion for leave to file 167 before Honorable Sara L. Ellis on 11/5/2025 at 09:45 AM. (Metcalf, Chelsey) (Entered: 10/31/2025) |
| 10/31/2025 | 🔒 169 | SEALED RESPONSE by Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. |

| | | | |
|---|---|---|---|
| | | | Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff to terminate deadlines and hearings,,,,,,,,,,, in court hearing,,,,,,,,,, set deadlines/hearings,,,,,,,,, <u>146</u> (Attachments: # <u>1</u> Exhibit 1: ESTAR Reports Part 1, # <u>2</u> Exhibit 2: ESTAR Reports Part 2, # <u>3</u> Exhibit 3: ESTAR Reports Part 3, # <u>4</u> Exhibit 4: ESTAR Reports Part 4, # <u>5</u> Exhibit 5: ESTAR Reports Part 5, # <u>6</u> Exhibit 6: ESTAR Reports Part 6, # <u>7</u> Exhibit 7: ESTAR Reports Part 7) (Warden, Andrew) (Entered: 10/31/2025) |
| 10/31/2025 | | <u>170</u> | MEMORANDUM by Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff in Opposition to motion to certify class, <u>81</u> (Goldstone, Peter) (Entered: 10/31/2025) |
| 10/31/2025 | | <u>171</u> | MOTION by Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Stephen Miller White House Deputy Chief of Staff to seal *Exhibit #2 and #4-45 in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction*<br><br>(Warden, Andrew) (Entered: 10/31/2025) |
| 10/31/2025 | 🔒 | <u>172</u> | SEALED EXHIBIT by Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Stephen Miller White House Deputy Chief of Staff *In Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction* (Attachments: # <u>1</u> Exhibit 2, # <u>2</u> Exhibit 4, # <u>3</u> Exhibit 5, # <u>4</u> Exhibit 6, # <u>5</u> Exhibit 7, # <u>6</u> Exhibit 8, # <u>7</u> Exhibit 9, # <u>8</u> Exhibit 10, # <u>9</u> Exhibit 11, # <u>10</u> Exhibit 12, # <u>11</u> Exhibit 13, # <u>12</u> Exhibit 14, # <u>13</u> Exhibit 15, # <u>14</u> Exhibit 16, # <u>15</u> Exhibit 17, # <u>16</u> Exhibit 18, # <u>17</u> Exhibit 19, # <u>18</u> Exhibit 20, # <u>19</u> Exhibit 21, # <u>20</u> Exhibit 22, # <u>21</u> Exhibit 23, # <u>22</u> Exhibit 24, # <u>23</u> Exhibit 25, # <u>24</u> Exhibit 26, # <u>25</u> Exhibit 27, # <u>26</u> Exhibit 28, # <u>27</u> Exhibit 29, # <u>28</u> Exhibit 30, # <u>29</u> Exhibit 31, # <u>30</u> Exhibit 32, # <u>31</u> Exhibit 33, # <u>32</u> Exhibit 34, # <u>33</u> Exhibit 35, # <u>34</u> Exhibit 36, # <u>35</u> Exhibit 37, # <u>36</u> Exhibit 38, # <u>37</u> Exhibit 39, # <u>38</u> Exhibit 40, # <u>39</u> Exhibit 41, # <u>40</u> Exhibit 42, # <u>41</u> Exhibit 43, # <u>42</u> Exhibit 44, # <u>43</u> Exhibit 45)(Warden, Andrew) (Entered: 10/31/2025) |

| 10/31/2025 | 173 | MEMORANDUM by Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff in Opposition to motion for preliminary injunction, 86 , motion for preliminary injunction, 82 (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 46, # 4 Exhibit 47) (Holt, Samuel) (Entered: 10/31/2025) |
|---|---|---|
| 11/01/2025 | 174 | Notice of Temporary Restraining Order Violation by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # 1 Exhibit 97)(Owens, David) (Entered: 11/01/2025) |
| 11/03/2025 | 🔒 175 | TRANSCRIPT OF PROCEEDINGS held on 10/30/2025 before the Honorable Sara L. Ellis. In-court hearing. Order Number: 53677. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 11/24/2025. Redacted Transcript Deadline set for 12/4/2025. Release of Transcript Restriction set for 2/2/2026. (Carrion, Elia) (Entered: 11/03/2025) |
| 11/03/2025 | 176 | ATTORNEY Appearance for Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff by Jeremy Samuel Bloch Newman (Newman, Jeremy) (Entered: 11/03/2025) |
| 11/03/2025 | 177 | MINUTE entry before the Honorable Sara L. Ellis: The Court grants the City of Chicago's unopposed motion for leave to file amicus brief 167 . The Court grants Plaintiffs' counsel's motion for leave to appear pro hace vice 165 . The Court grants Defendants' motion for leave to file under seal 171 . Emailed notice (rj, ) (Entered: 11/03/2025) |

| 11/03/2025 | 178 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Block Club Chicago (Topic, Matthew) (Entered: 11/03/2025) |
|---|---|---|
| 11/03/2025 | 179 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Chicago Headline Club (Topic, Matthew) (Entered: 11/03/2025) |
| 11/03/2025 | 180 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Chicago Newspaper Guild Local 34071 (Topic, Matthew) (Entered: 11/03/2025) |
| 11/03/2025 | 181 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by NABET-CWA Local 54041 (Topic, Matthew) (Entered: 11/03/2025) |
| 11/03/2025 | 182 | CERTIFIED copy of USCA Order dated 10/31/2025, appeal no. 25-2936. (rp, ) (Entered: 11/03/2025) |
| 11/03/2025 | 183 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to unseal document<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Art, Steven) (Entered: 11/03/2025) |
| 11/03/2025 | 184 | SEALED MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Art, Steven) (Entered: 11/03/2025) |
| 11/03/2025 | 185 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa, Amicus City Of Chicago to bar Undisclosed Witnesses<br><br>(Art, Steven) (Entered: 11/03/2025) |
| 11/03/2025 | 186 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to bar Reliance on Non-Record Evidence<br><br>(Wang, Elizabeth) (Entered: 11/03/2025) |
| 11/03/2025 | 187 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy VillaPLAINTIFFS MOTION FOR ENTRY OF ORDER ALLOWING EQUIPMENT INTO EVERETT MCKINLEY DIRKSEN UNITED STATES |

| | | | |
|---|---|---|---|
| | | | COURTHOUSE FOR THE DEPOSITION OF DEFENDANT GREGORY BOVINO<br><br>(Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Art, Steven) (Entered: 11/03/2025) |
| 11/03/2025 | | 188 | Plaintiffs Notice of Violations of the Courts Temporary Restraining Order by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # 1 Exhibit Ex. 136, # 2 Exhibit Ex. 137, # 3 Exhibit Ex. 138)(Owens, David) (Entered: 11/03/2025) |
| 11/03/2025 | | 189 | REPLY by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to memorandum in opposition to motion,, 170 (Rauscher, Scott) (Entered: 11/03/2025) |
| 11/03/2025 | | 190 | Third Supplemental Exhibit List by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # 1 Exhibit 102, # 2 Exhibit 104, # 3 Exhibit 115, # 4 Exhibit 124, # 5 Exhibit 126, # 6 Exhibit 128, # 7 Exhibit 130, # 8 Exhibit 134, # 9 Exhibit 135, # 10 Exhibit 140, # 11 Exhibit 141, # 12 Exhibit 144, # 13 Exhibit 145, # 14 Exhibit 127, 129, 131, 132, 133, # 15 Exhibit 98, 99, 100, 101, 103, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 116, 117, 118, 119, 120, 121, 122, 123, 125, 139, 142, 143)(Wang, Elizabeth) (Entered: 11/03/2025) |
| 11/03/2025 | 🔒 | 191 | SEALED DOCUMENT by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # 1 Exhibit Ex. 98, # 2 Exhibit Ex. 99, # 3 Exhibit Ex. 100, # 4 Exhibit Ex. 101, # 5 Exhibit Ex. 103, # 6 Exhibit Ex. 108, # 7 Exhibit Ex. 117, # 8 Exhibit Ex. 121, # 9 Exhibit Ex. 122, # 10 Exhibit Ex. 125, # 11 Exhibit Ex. 142, # 12 Exhibit Ex. 143)(Wang, Elizabeth) (Entered: 11/03/2025) |
| 11/03/2025 | ⊣ | 192 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa for leave to file excess pages<br><br>(Owens, David) (Entered: 11/03/2025) |

| 11/03/2025 | 🔒 <u>193</u> | REPLY by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to memorandum in opposition to motion,,, <u>173</u> (Owens, David) (Entered: 11/03/2025) |
|---|---|---|
| 11/03/2025 | 🔒 <u>194</u> | SEALED DOCUMENT by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *Reply to Dkt 173* (Owens, David) (Entered: 11/03/2025) |
| 11/04/2025 | <u>195</u> | REPLY by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to memorandum in opposition to motion,,, <u>173</u> *CORRECTED AND REDACTED VERSION* (Attachments: # <u>1</u> Text of Proposed Order Proposed Order)(Owens, David) (Entered: 11/04/2025) |
| 11/04/2025 | 🔒 <u>196</u> | SEALED REPLY by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, City Of Chicago, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to memorandum in opposition to motion,,, <u>173</u> *CORRECTED VERSION* (Owens, David) (Entered: 11/04/2025) |
| 11/04/2025 | ⚞ <u>197</u> | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to compel *EMERGENCY MOTION TO COMPEL EXPEDITED DISCOVERY OF VIDEO EVIDENCE*<br><br>(Owens, David) (Entered: 11/04/2025) |
| 11/04/2025 | <u>198</u> | MINUTE entry before the Honorable Sara L. Ellis: The Court changes the time of presentment of Plaintiff's motions <u>184</u> , <u>185</u> , <u>186</u> to 11/4/2025 at 12:00 PM from 9:45 AM. This motion hearing will be in person. Emailed notice (rj, ) (Entered: 11/04/2025) |
| 11/04/2025 | <u>199</u> | ORDER. Signed by the Honorable Sara L. Ellis on 11/4/2025. Emailed notice(rj, ) (Entered: 11/04/2025) |
| 11/04/2025 | <u>200</u> | MINUTE entry before the Honorable Sara L. Ellis: Motion <u>187</u> is granted. Emailed notice (rj, ) (Entered: 11/04/2025) |
| 11/04/2025 | <u>201</u> | NOTICE by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, |

| | | | |
|---|---|---|---|
| | | | William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *of Violation of the Court's Temporary Restraining Order* (Joshi, Hirsh) (Entered: 11/04/2025) |
| 11/04/2025 | ⬛ | 202 | MOTION by Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staffin limine *to exclude testimony and declarations of Gil Kerlikowske*<br><br>(Hedges, Elizabeth) (Entered: 11/04/2025) |
| 11/04/2025 | | 203 | WITNESS List by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Art, Steven) (Entered: 11/04/2025) |
| 11/04/2025 | | 204 | RESPONSE by Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staffin Opposition to MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunk 185 , MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunk 186 *Response to Motions to Exclude Witnesses and Evidence* (Hedges, Elizabeth) (Entered: 11/04/2025) |
| 11/04/2025 | | 205 | STATUS Report *JOINT* by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa<br><br>(Art, Steven) (Entered: 11/04/2025) |
| 11/04/2025 | | 206 | Exhibit List *FOR PRELIMANRY INJUNCTION HEARING* by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, |

| | | | |
|---|---|---|---|
| | | | Autumn Reidy-Hamer, Charles Thrush, Rudy Villa. (Art, Steven) (Entered: 11/04/2025) |
| 11/04/2025 | 🔒 | 207 | SEALED MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Art, Steven) (Entered: 11/04/2025) |
| 11/04/2025 | | 208 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to bar Defendants from Presenting Evidence or Arguement Relating to the Trump Administration's Purported Justifications for Tactics and Uses of Force During Operation Midway Blitz<br><br>(Attachments: # 1 Exhibit A, B, C & D)(Art, Steven) (Entered: 11/04/2025) |
| 11/04/2025 | | 209 | NOTICE by All Defendants *of Exhibit and Witness List* (Holt, Samuel) (Entered: 11/04/2025) |
| 11/04/2025 | | 210 | WITNESS List by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Kleinhaus, Theresa) (Entered: 11/04/2025) |
| 11/04/2025 | | 211 | NOTICE by All Defendants *of Justification for Continued Sealing of Records* (Holt, Samuel) (Entered: 11/04/2025) |
| 11/04/2025 | | 212 | Notice of Government Videos that Plaintiff May Seek to Show in Open Court by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, City of Chicago, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Illinois Press Association, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Hilke, Wallace) (Entered: 11/04/2025) |
| 11/04/2025 | | 213 | ATTORNEY Appearance for Intervenor Parties Chicago Public Media, Inc., Chicago Sun-Times Media, Inc., Chicago Tribune Company, LLC by Steven P. Mandell (Mandell, Steven) (Entered: 11/04/2025) |
| 11/04/2025 | | 214 | MOTION by Intervenor Parties Chicago Sun-Times Media, Inc., Chicago Public Media, Inc., Chicago Tribune Company, LLC to intervene *EMERGENCY MOTION FOR LEAVE TO INTERVENE AND FOR IMMEDIATE ACCESS TO SEALED FILINGS*<br><br>(Mandell, Steven) (Entered: 11/04/2025) |
| 11/04/2025 | | 215 | MEMORANDUM by Chicago Public Media, Inc., Chicago Sun-Times Media, Inc., Chicago Tribune Company, LLC in support of motion to intervene 214 *CHICAGO PUBLIC MEDIA, INC.S, CHICAGO SUN-TIMES MEDIA, INC.S, AND CHICAGO TRIBUNE COMPANY, LLCS MEMORANDUM OF LAW IN* |

| | | | |
|---|---|---|---|
| | | | *SUPPORT OF THEIR EMERGENCY MOTION FOR LEAVE TO INTERVENE AND FOR IMMEDIATE ACCESS TO SEALED FILINGS* (Mandell, Steven) (Entered: 11/04/2025) |
| 11/04/2025 | | 216 | NOTICE of Motion by Steven P. Mandell for presentment of motion to intervene 214 before Honorable Sara L. Ellis on 11/5/2025 at 08:00 AM. (Mandell, Steven) (Entered: 11/04/2025) |
| 11/04/2025 | | 217 | ATTORNEY Appearance for Intervenor Parties Chicago Public Media, Inc., Chicago Sun-Times Media, Inc., Chicago Tribune Company, LLC by Brian D. Saucier (Saucier, Brian) (Entered: 11/04/2025) |
| 11/04/2025 | | 218 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to bar TESTIMONY FROM KYLE HARVICK<br><br>(Art, Steven) (Entered: 11/04/2025) |
| 11/04/2025 | | 219 | REPLY by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to motion to bar, 186 (Art, Steven) (Entered: 11/04/2025) |
| 11/04/2025 | | 220 | PLAINTIFFS NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS NOTICES OF VIOLATIONS OF THE COURTS TEMPORARY RESTRAINING ORDER by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Owens, David) (Entered: 11/04/2025) |
| 11/04/2025 | | 221 | RESPONSE by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to MOTION by Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of 202 (Owens, David) (Entered: 11/04/2025) |
| 11/04/2025 | | 222 | Exhibit List *AMENDED EXHIBIT LIST FOR PRELIMANRY INJUNCTION HEARING* by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Chicago Public Media, Inc., Chicago Sun-Times Media, Inc., Chicago Tribune Company, LLC, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa. (Attachments: # 1 Exhibit 408)(Wang, Elizabeth) (Entered: 11/04/2025) |

| 11/04/2025 | 🔒 241 | SEALED Digital Exhibit by Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff regarding witness list, 210 (axk, ) (Entered: 11/06/2025) |
| 11/05/2025 | ⊷ 223 | MOTION by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa to supplement *PLAINTIFFS REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION*<br><br>(Attachments: # 1 Exhibit A, filed under seal, # 2 Exhibit B, filed under seal) (Art, Steven) (Entered: 11/05/2025) |
| 11/05/2025 | 🔒 224 | SEALED DOCUMENT by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # 1 Exhibit A, under seal, # 2 Exhibit B, under seal)(Art, Steven) (Entered: 11/05/2025) |
| 11/05/2025 | 225 | ATTORNEY Appearance for Intervenor Parties Chicago Public Media, Inc., Chicago Sun-Times Media, Inc., Chicago Tribune Company, LLC by Julia Dacy (Dacy, Julia) (Entered: 11/05/2025) |
| 11/05/2025 | 226 | PLAINTIFFS NOTICE OF SUBMISSION OF VIDEO DEPOSITION EVIDENCE IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa (Attachments: # 1 Exhibit 101, under seal, # 2 Exhibit 214, under seal, # 3 Exhibit 122, under seal, # 4 Exhibit 274, under seal)(Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | 🔒 227 | SEALED DOCUMENT by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *, Ex.101 Hott Deposition Transcript* (Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | 🔒 228 | SEALED DOCUMENT by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, |

| | | | |
|---|---|---|---|
| | | | Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa , *Ex. 122 Parra Deposition Transcript* (Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | 🔒 | 229 | SEALED DOCUMENT by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa , *Ex. 214 Hott Video Deposition* (Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | 🔒 | 230 | SEALED DOCUMENT by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa , *Ex. 274 Parra Deposition Video* (Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | | 231 | MEMORANDUM by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *CONCERNING THIS COURTS AUTHORITY TO EXTEND THE TRO OR ISSUE AN ORAL RULING IN ADVANCE OF A WRITTEN RULING* (Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | | 232 | NOTICE by All Defendants *of Time Stamps* (Holt, Samuel) (Entered: 11/05/2025) |
| 11/05/2025 | | 233 | NOTICE by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *OF FILING OF EXHIBITS SHOWN IN OPEN COURT DURING THE PRELIMINARY INJUNCTION HEARING* (Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | | 234 | NOTICE by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Illinois Press Association, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *OF FILING OF POWERPOINT PRESENTATION USED IN OPEN COURT* (Attachments: # 1 Exhibit PowerPoint (Excluding Video)) (Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | | 235 | PLAINTIFFS NOTICE OF SUBMISSION OF VIDEO DEPOSITION EVIDENCE IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Exhibit 100, under seal, # 2 Exhibit 232, under seal, # 3 Exhibit 233, under seal)(Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | 🔒 | 236 | SEALED DOCUMENT by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *Bovino Deposition VOL I* (Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | 🔒 | 237 | SEALED DOCUMENT by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *Bovino Deposition VOL II* (Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | 🔒 | 238 | SEALED DOCUMENT by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *Bovino Deposition VOL III* (Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | | 239 | NOTICE by David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa *FILING OF DESIGNATED DEPOSITION TESTIMONY OF DEFENDANT BOVINO PLAYED IN OPEN COURT* (Owens, David) (Entered: 11/05/2025) |
| 11/05/2025 | 🔒 | 242 | SEALED Digital Exhibit by Plaintiffs David Beale, David Black, Block Club Chicago, Chicago Headline Club, Chicago Newspaper Guild Local 34071, Jennifer Crespo, Father Brendan Curran, Raven Geary, Stephen Held, Rev. Abby Holcombe, Reverend Dr. Beth Johnson, Leigh Kunkel, NABET-CWA Local 54041, William Paulson, Autumn Reidy-Hamer, Charles Thrush, Rudy Villa regarding 235 (lm, ) (Entered: 11/06/2025) |
| 11/05/2025 | 🔒 | 243 | SEALED Digital Exhibit by Plaintiffs regarding 196 , 191 (rp, ) (Entered: 11/06/2025) |
| 11/05/2025 | | 246 | DIGITAL EXHIBIT submitted by Plaintiffs regarding 233  For more information, please visit https://www.ilnd.uscourts.gov/ExhibitDrop. If you wish to download a digital exhibit, please send your request to the Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit. (pjj, ) (Entered: 11/06/2025) |
| 11/05/2025 | 🔒 | 247 | (Court only) DIGITAL EXHIBIT submitted by Plaintiffs regarding 233 (pjj, ) (Entered: 11/06/2025) |
| 11/05/2025 | | 248 | DIGITAL EXHIBIT submitted by Plaintiffs regarding 239  For more information, please visit https://www.ilnd.uscourts.gov/ExhibitDrop. If you wish to download a digital exhibit, please send your request to the |

| | | | |
|---|---|---|---|
| | | | Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit. (pjj, ) (Entered: 11/06/2025) |
| 11/05/2025 | 🔒 | <u>249</u> | (Court only) DIGITAL EXHIBIT submitted by Plaintiffs regarding <u>239</u> (pjj, ) (Entered: 11/06/2025) |
| 11/06/2025 | | <u>240</u> | NOTICE by All Defendants *of Public Filing of Body Camera Video Clips Shown During Preliminary Injunction Hearing on November 5, 2025* (Warden, Andrew) (Entered: 11/06/2025) |
| 11/06/2025 | | <u>244</u> | DIGITAL EXHIBIT submitted by Federal Defendants regarding <u>240</u><br><br>For more information, please visit https://www.ilnd.uscourts.gov/ExhibitDrop. If you wish to download a digital exhibit, please send your request to the Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit. (gmc, ) (Entered: 11/06/2025) |
| 11/06/2025 | 🔒 | <u>245</u> | (Court only) DIGITAL EXHIBIT submitted by Federal Defendants regarding <u>240</u> (gmc, ) (Entered: 11/06/2025) |
| 11/06/2025 | | <u>250</u> | PRELIMINARY INJUNCTION ORDER. Signed by the Honorable Sara L. Ellis on 11/6/2025:Emailed notice(rj, ) (Entered: 11/06/2025) |
| 11/06/2025 | | <u>251</u> | MINUTE entry before the Honorable Sara L. Ellis: Plaintiffs filed a Motion for a Preliminary Injunction Order <u>82</u> , <u>86</u> against Defendants. Having held a hearing on November 5 and 6, 2025, the Court finds that Plaintiffs have met their burden to support the issuance of a Preliminary Injunction. The Court orally issued its ruling, containing findings of facts, conclusions of law, and stated reasons why the Court issued the injunction pursuant to Federal Rules of Civil Procedure 52(a)(2) and 65(d), on November 6, 2025, and indicated that a written opinion will follow further explaining the Court's ruling and providing supporting evidentiary and case citations within 14 days of the issuance of this Order. The Court additionally grants Plaintiffs' motion for class certification <u>81</u> . Defendants shall file a verification that Defendant Bovino received a body-worn camera by 10/31/2025, completed the requisite training, and is currently using his body-worn camera in compliance with the preliminary injunction by 11/7/2025. Defendants shall file with this Court such guidance and any directives, policies, or regulations implementing the guidance by 11/14/2025, with a continuing obligation to immediately file with this Court any subsequent changes or revisions to that guidance or implementing directives, policies, or regulations through the period of this preliminary injunction. The parties shall meet and confer and provide a joint status report by 11/12/2025 setting forth proposals for ensuring that Federal Agents present in the Northern District of Illinois while this action is pending remain informed of the limitations imposed by the preliminary injunction. The Court sets a further status hearing for 11/13/2025 at 3:00 PM. The Court allows counsel for Defendants to appear remotely at the next status hearing. Emailed notice (rj, ) (Entered: 11/06/2025) |
| 11/06/2025 | | <u>252</u> | Opinion and Order. Signed by the Honorable Sara L. Ellis on 11/6/2025. Emailed notice(rj, ) (Entered: 11/07/2025) |

| 11/07/2025 | 🔒 253 | CERTIFICATE of Compliance with the Court's Order Requiring Defendant Gregory Bovino to Wear a Body Camera (Attachments: # 1 Declaration 1: Gregory Bovino)(Warden, Andrew) (Entered: 11/07/2025) |
|---|---|---|
| 11/07/2025 | 🔒 254 | SEALED EXHIBIT by Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff regarding terminate deadlines and hearings,,,,,,,,,, in court hearing,,,,,,,,,, set deadlines/hearings,,,,,,,,, 146 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Lynch, Christopher) (Entered: 11/07/2025) |
| 11/07/2025 | 🔒 255 | TRANSCRIPT OF PROCEEDINGS held on November 5, 2025 before the Honorable Sara L. Ellis. Preliminary Injunction hearing. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/28/2025. Redacted Transcript Deadline set for 12/8/2025. Release of Transcript Restriction set for 2/5/2026. (Fitzgerald, Kelly) (Entered: 11/07/2025) |
| 11/07/2025 | 🔒 256 | TRANSCRIPT OF PROCEEDINGS held on November 6, 2025 before the Honorable Sara L. Ellis. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/28/2025. Redacted Transcript Deadline set for 12/8/2025. Release of Transcript Restriction set for 2/5/2026. (Fitzgerald, Kelly) (Entered: 11/07/2025) |
| 11/07/2025 | 🔒 258 | SEALED Digital Exhibit by Defendants Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident |

| | | Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff regarding terminate deadlines and hearings,,,,,,,,,, in court hearing,,,,,,,,,,, set deadlines/hearings,,,,,,,, 146 (axk, ) (Entered: 11/10/2025) |
|---|---|---|
| 11/09/2025 | 257 | NOTICE of appeal by Pamela Bondi, Gregory Bovino, Marcos Charles, Shawn Byers Chicago Deputy Field Office Director, Sam Olson Chicago Field Office Director, ICE, Kyle Harvick Deputy Incident Commander, CBP, Kash Patel Director of the Federal Bureau of Investigation (FBI), Faron Paramore Director of the Federal Protective Service (FPS), Daniel Driscoll, Russell Hott, Todd Lyons, William K. Marshall III, Kristi Noem, Rodney Scott, Donald J. Trump, U.S Department of Homeland Security, U.S. Department of Justice, Unidentified Federal Agency Defendants, Unidentified Federal Officer Defendants, Stephen Miller White House Deputy Chief of Staff regarding orders 256 , 252 , 250 Receipt number: y (Warden, Andrew) (Entered: 11/09/2025) |
| 11/10/2025 | 259 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal,, 257 (rp, ) (Entered: 11/10/2025) |