# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 10, 2025

*By the Court:*

|  | CHICAGO HEADLINE CLUB, et al., Plaintiffs - Appellees |
|---|---|
| No. 25-3023 | v. |
|  | KRISTI L. NOEM, et al., Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-12173 Northern District of Illinois, Eastern Division District Judge Sara L. Ellis ||

The following are before the court:

1. **EMERGENCY MOTION FOR STAY PENDING APPEAL AND IMMEDIATE ADMINISTRATIVE STAY**, filed on November 10, 2025, by counsel for the appellants.

2. **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR AN EMERGENCY ADMINISTRATIVE STAY PENDING RESOLUTION OF THE MOTION TO STAY**, filed on November 10, 2025, by counsel for the appellees.

**IT IS ORDERED** that appellees shall respond to the request for a stay pending appeal by 5:00 p.m. on November 13, 2025.

form name: **c7_Order_BTC**   (form ID: **178**)