No. 25-3023

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

CHICAGO HEADLINE CLUB, *et al.*,

*Plaintiffs-Appellees*,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security *et al.*,

*Defendants-Appellants*.

Appeal from the United States District Court
for the Northern District of Illinois
Case No. 1:25-cv-12173—Sara L. Ellis, Judge.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A 6,000-WORD RESPONSE *INSTANTER* TO DEFENDANTS' MOTION FOR A STAY PENDING**

Plaintiffs-Appellees, Chicago Headline Club, et al., respectfully request that this Court grant them leave to file a response *instanter* of not more than 6,000 words (800 additional words) to respond to the Defendants-Appellants emergency motion for a stay pending appeal, Doc. 9, stating as follows:

1. This Court has ordered Plaintiffs-Appellees to file a response to the Defendants-Appellants emergency motion to stay pending appeal by 5 p.m. central time today, November 13, 2025.

2. Federal Rules of Appellate Procedure 27 allows Plaintiffs 5,200 words to respond to Defendants Motion. Fed. R. App. P. 27(d)(2).

1

3. The proceedings below concern a record composed of hundreds of hours of video evidence, more than one thousand transcript pages of live and deposition testimony, dozens of declarations, and thousands of pages of documents. Little of that record is attached to or discussed in the pending motion. However, to adequately respond to the motion, Plaintiffs wish to inform this Court of the relevant evidence supporting the district court's findings of fact and conclusions of law in as robust a fashion as possible.

4. While Plaintiffs have tried to be as economical as possible, cognizant of the burden that lengthy briefing places on this Court, particularly in an expedited posture, Plaintiffs have found it nearly impossible to respond to Defendants' legal arguments and apprise the court of all relevant evidence in the allotted 5,200 words, particularly on this short briefing schedule.

5. Plaintiffs, therefore, request permission to file a response of 6,000 words, which is 800 words longer than the limit.

6. Defendants informed Plaintiffs that they oppose this request.

7. Plaintiffs have attached a proposed response of 6,000 words as Exhibit A to this motion, and they respectfully request that the Court accept it *instanter*.

RESPECTFULLY SUBMITTED,

/s/ Steve Art

*One of Plaintiff-Appellees' Attorneys*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Scott Rauscher
Justin Hill*
Alexandra Wolfson*
**LOEVY + LOEVY**
311 N. Aberdeen Street

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson

Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Katie Schwartzmann
Conor Gaffney
Shalini Goel Agarwal
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh M. Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org