IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CHICAGO HEADLINE CLUB, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security, et al., <br><br> Defendants-Appellants. | No. 25-3023 |

## DOCKETING STATEMENT

1. **District Court Jurisdiction.** Plaintiffs filed suit alleging that the defendants violated the First and Fourth Amendments as well as the Religious Freedom Restoration Act, 42 U.SC. § 2000bb-1. Plaintiffs invoked the district court's subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1367. The district court's Article III jurisdiction is contested.

2. **Appellate Jurisdiction.** Defendants seek review of the district court's preliminary injunction order. The injunction was entered on November 6, 2025, and defendants filed a timely notice of appeal of the order on November 9, 2025. *See* ECF Nos. 250, 257. This Court has jurisdiction over the appeal under 28 U.S.C. § 1292(a)(1).

3. **Prior or Related Appellate Proceedings.** This Court previously granted the government's request to issue a writ of mandamus in this case. *See In re Noem*, No. 25-2936 (7th Cir. Oct. 31, 2025). There have been no other prior appellate proceedings in this case. Defendants are not aware of any related appellate proceedings in this Court. A pending appeal in the Ninth Circuit, *Los Angles Press Club v. Noem*, No. 25-5975 (9th Cir.), involving a district court's injunction relating to protests in the Los Angeles area, involves some of the same defendants and some overlapping issues as this case.

4. **Parties Appearing in Their Official Capacities.**

a. Donald J. Trump, President of the United States;
b. Pamela Boondi, Attorney General;
c. Kristi L. Noem, Secretary of the U.S. Department of Homeland Security (DHS);
d. Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement (ICE);
e. Marcos Charles, Acting Executive Associate Director, Enforcement and Removal Operations, ICE;
f. Russell Hott, Chicago Field Office Director, ICE;
g. Sam Olson, Chicago Field Office Director, ICE;
h. Shawn Byers, Chicago Deputy Field Office Director, ICE;
i. Rodney Scott, Commissioner, U.S. Customs and Border Protection (CBP);
j. Kyle Harvick, Deputy Incident Commander, CBP;
k. Gregory Bovino, Chief Border Patrol Agent, CBP;
l. Danil Driscoll, Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives;
m. William Marshall, Director of the Federal Bureau of Prisons;

n. Kash Patel, Director of the Federal Bureau of Investigation;

o. Faron Paramore, Director of the Federal Protective Service;

p. Stephen Miller, White House Deputy Chief of Staff and U.S. Homeland Security Advisor.

                                          Respectfully submitted,

                                        *s/ David L. Peters*
                                        DAVID L. PETERS
                                            *Attorney, Appellate Staff*
                                            *Civil Division*
                                            *U.S. Department of Justice*
                                            *950 Pennsylvania Avenue NW*
                                            *Washington, DC 20530*
                                            *(202) 598-6735*
                                            *David.l.peters@usdoj.gov*

NOVEMBER 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system on all counsel of record.

*/s/ David L. Peters*
David L. Peters