# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 19, 2025

*By the Court:*

| | |
|---|---|
| No. 25-3023 | CHICAGO HEADLINE CLUB, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>KRISTI L. NOEM, et al.,<br>Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-12173<br>Northern District of Illinois, Eastern Division<br>District Judge Sara L. Ellis |

In light of this court's order earlier today, **IT IS ORDERED** that the expedited briefing schedule shall proceed as follows:

1. The brief and required short appendix of the appellants are due by November 26, 2025.

2. The brief of the appellees is due by December 3, 2025.

3. The reply brief of the appellants, if any, is due by December 8, 2025.

When a date and time for oral argument is set, this court will issue a separate order informing the parties of the scheduled date.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)