No. 25-3023

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

———————————

CHICAGO HEADLINE CLUB, *et al.*,

*Plaintiffs-Appellees*,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security *et al.*,

*Defendants-Appellants*.

———————————

Appeal from the United States District Court
for the Northern District of Illinois
Case No. 1:25-cv-12173—Sara L. Ellis, Judge.

**PLAINTIFFS-APPELLEES' REQUEST TO EXTEND TIME TO
FILE RESPONSE BRIEF**

Come now Plaintiffs, pursuant to Circuit Rule 26, and hereby request an extension of time to file their responsive brief by three business days, making it due December 8, 2025, rather than December 3, 2025, and state:

1.  On November 10, 2025, the government initiated this appeal on an emergency basis seeking an administrative stay and a stay of an oral preliminary injunction order issued November 6, 2025.

2.  Plaintiffs filed a response to the government's submission on November 10, Doc. No. 22, and another brief before 5:00 p.m. on November 13, 2025. Doc. No. The government replied November 14, 2025. Doc. No. 23.

1

3. This Court issued a ruling on staying the injunction issued below, Doc. No. 28, and set an expedited briefing schedule on the merits of the appeal. That schedule makes the government's brief due Wednesday November 26, 2025—20 days after the issuance of the preliminary injunction and the day before the Thanksgiving holiday—and Plaintiffs' brief due a week later, on December 3, 2025. Doc. No. 29. The government's reply, if any, is due on December 8, 2025. *Id.*

4. Oral argument on this appeal is set for December 17, 2025. Doc. No. 30.

5. Yesterday, the district court issued a 232-page opinion supplementing its oral ruling granting a preliminary injunction. Doc. No. 281.

6. Plaintiffs appreciate that this Court has set this matter on an expedited schedule.

7. At the same time, given the Thanksgiving Holiday, and the many other burdens on counsel in the last month in responding to emergency deadlines, Plaintiffs respectfully request this Court extend the briefing schedule by three business days, to permit Plaintiffs' response brief be due December 8, 2025, and the government's reply, if any, be due December 15, 2025.

8. Plaintiffs further submit that good cause exists for a brief extension not only due to the existing holidays and personal schedules of counsel but also due to the significance of the issues in this case, the trial court's intervening 232-page decision, and the comparatively small time Plaintiffs will have had to respond to the government's brief (7 days, including the holiday) when compared against the period of time between the injunction was issued and the government's submission (20 days). Permitting a three-business-day extension will put matters somewhat on a more equal footing.

9.   Plaintiffs conferred with the government about this motion over phone and email on November 20-21, 2025. The government does not seek an extension of time to file any brief. And the government takes no position with respect to this motion.

Respectfully Submitted,

/s/ David B. Owens
*One of Plaintiffs-Appellees' Attorneys*

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Scott Rauscher
Justin Hill
Alexandra Wolfson
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu

Hayden Johnson
Katie Schwartzmann
Conor Gaffney
Shalini Goel Agarwal
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh M. Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740

3

kfee@aclu-il.org<br>
rglenberg@aclu-il.org

## AFFIDAVIT OF DAVID B. OWENS

I, David B. Owens, under penalty of perjury as provided by 28 U.S.C. § 1746, declare that the following is true and correct.

1. I am one of the attorneys principally responsible for preparing and filing Plaintiffs-Appellees' responsive brief.

2. All of the statements in the motion above are true and accurate. Plaintiffs' counsel, and support staff, have worked expeditiously on this appeal, including through the Veteran's Day holiday, and the briefing schedule now will require work on the Thanksgiving holiday and Friday after—a time when many already have family and other community obligations and plans.

3. Plaintiffs request for an extension of three business days to file their brief, up to and including December 8, 2025, is not made for the purpose of delay or to disadvantage any party. In fact, the motion here seeks less time (three-business days) than Plaintiffs had discussed with the government (putting two weeks between the briefs), given the Court has now set oral argument for December 17, 2025.

4. All other statements in the foregoing motion for an extension of time are true and correct.

EXECUTED ON November 21, 2025

                                                       /s/ David B. Owens
                                                       *One of Plaintiffs-Appellees' Attorneys*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27 because the document contains 614 words.

The document complies with the typeface requirements of Fed. R. App. P. 32 and Circuit Rule 32 because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 12-point Times New Roman style font.

Dated: November 21, 2025                    /s/ David B. Owens
                                            *One of Plaintiffs-Appellees' Attorneys*