No. 25-3023

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

CHICAGO HEADLINE CLUB, *et al.*,

*Plaintiffs-Appellees*,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security *et al.*,

*Defendants-Appellants*.

Appeal from the United States District Court
for the Northern District of Illinois
Case No. 1:25-cv-12173—Sara L. Ellis, Judge.

**PLAINTIFFS-APPELLEES' AGREED MOTION TO STAY THIS APPEAL**

Plaintiffs-Appellees respectfully move this Court to stay this appeal. In support, Plaintiffs state:

1. This case has involved extensive, time-consuming litigation in a compressed time period.

2. Recently, however, the situation that precipitated this litigation has changed in a material way. Specifically, the roughly 200-225 DHS agents led by Defendant Bovino are no longer operating in the Northern District of Illinois, and Plaintiffs' counsel have not received a report of unconstitutional behavior that was the subject of this litigation since November 8, 2025.

3. In light of these developments, today the Plaintiffs—the Class Representatives and the other individual named plaintiffs—moved the district court to dismiss the case with prejudice pursuant to Federal Rules of Civil Procedure 41 and 23 and to conduct the hearing required by Rule 23(e).

4. Defendants-Appellants consent to this motion to stay the pending appeal to give the district court the time required to dismiss the case with prejudice. Plaintiffs-Appellees have agreed that they will consent to a motion by Defendants-Appellants to dismiss this appeal and vacate the district court's decision under *Munsingwear*.

5. Plaintiffs-Appellees respectfully request that the Court decide this motion before Friday December 5, 2025, given the impending briefing deadlines in this expedited appeal.

    Respectfully submitted,

    /s/Steve Art

Jon Loevy
Locke Bowman
Steve Art
Heather Lewis Donnell
Theresa Kleinhaus
Scott Rauscher

Craig B. Futterman
**MANDEL LEGAL AID CLINIC**
University of Chicago Law School
6020 S. University
Chicago, IL 60637
(773) 702-9611

1

Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Alyssa Martinez
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney
Shalini Goel Agarwal
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org