# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CHICAGO HEADLINE CLUB, ET AL.<br><br>　　　　　　　　Plaintiffs-Appellees<br><br>　　　　　v.<br><br>KRISTI NOEM, ET AL.,<br><br>　　　　　　　　Defendants-Appellants | No. 25-3023 |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully requests leave to withdraw as counsel for defendants-appellants in this matter. Effective January 9, 2026, I will no longer be employed by the Department of Justice. I therefore respectfully request that my appearance be removed from the docket and that my name be removed from the ECF distribution list. Defendants-appellants will continue to be represented by other Department of Justice attorneys who have appeared in this case. Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Courtney L. Dixon*
COURTNEY L. DIXON
Appellate Staff, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave. NW, Rm. 7246
Washington, DC 20530
(202) 353-8189
courtney.l.dixon@usdoj.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 80 words, according to the word count of Microsoft Word.

/s/ Courtney L. Dixon
Courtney L. Dixon

## CERTIFICATE OF SERVICE

I certify that on January 8, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Courtney L. Dixon
Courtney L. Dixon