# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 29, 2026

*By the Court:*

| | |
|---|---|
| No. 25-3023 | CHICAGO HEADLINE CLUB, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> KRISTI L. NOEM, et al., <br> Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-12173 <br> Northern District of Illinois, Eastern Division <br> District Judge Sara L. Ellis ||

      Upon consideration of **THE GOVERNMENT'S MOTION TO DISMISS ITS APPEAL AND VACATE THE DISTRICT COURT'S PRELIMINARY INJUNCTION RULING**, filed on January 28, 2026, by counsel for the appellants,

      **IT IS ORDERED** that the plaintiffs-appellees shall respond to the motion by February 9, 2026.


form name: **c7_Order_BTC**   (form ID: **178**)