No. 25-3023

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

CHICAGO HEADLINE CLUB, *et al.*,

*Plaintiffs-Appellees*,

v.

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security *et al.*,

*Defendants-Appellants*.

Appeal from the United States District Court
for the Northern District of Illinois
Case No. 1:25-cv-12173—Sara L. Ellis, Judge.

## PLAINTIFFS-APPELLEES' RESPONSE TO
## DEFENDANTS-APPELLANTS' MOTION TO DISMISS

As ordered by this Court, Plaintiffs-Appellees provide the following response to the Defendants-Appellants' motion to dismiss this appeal:

While the plaintiffs disagree with many of the factual contentions set out in the government's motion, very little of what the government says actually pertains to the relief the government seeks. As explained in prior filings, after the defendants decamped from Chicago and ended "Operation Midway Blitz," the plaintiffs decided there was no advantage to continuing this litigation, principally because the government has curtailed the alleged pattern of unlawful conduct that plaintiffs sought to enjoin, and the parties reached an agreement, set out in the plaintiffs' motion to stay filed in this Court in early December, which provided that the plaintiffs would move to dismiss their lawsuit with prejudice in the district court, and then the defendants would file a motion to dismiss this appeal and seek vacatur under *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950), which the plaintiffs agreed not to oppose. See Doc. No. 40 at 1. The parties have both upheld their respective ends of the bargain, and so the plaintiffs do not oppose the government's motion to dismiss this appeal with instructions that the district court should vacate its preliminary injunction pursuant to *Munsingwear*.

Respectfully submitted,

/s/Steve Art
*One of Plaintiffs-Appellees' Attorneys*

| | |
|---|---|
| Jon Loevy | Craig B. Futterman |
| Locke Bowman | **MANDEL LEGAL AID CLINIC** |
| Steve Art | University of Chicago Law School |
| Heather Lewis Donnell | 6020 S. University |
| Theresa Kleinhaus | Chicago, IL 60637 |
| Scott Rauscher | (773) 702-9611 |

Matt Topic
Julia Rickert
Tara Thompson
Lindsay Hagy
Jordan Poole
Alyssa Martinez
Dominique Gilbert
Justin Hill
Aaron Tucek
**LOEVY + LOEVY**
311 N. Aberdeen Street
Chicago, Illinois 60647
(312) 243-5900
steve@loevy.com

Elizabeth Wang
Isaac Green
**LOEVY + LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302

David B. Owens
**LOEVY + LOEVY**
℅ Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
Seattle, WA 98145-1110

Wallace Hilke
**COMMUNITY JUSTICE AND CIVIL RIGHTS CLINIC**
Bluhm Legal Clinic, Northwestern Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-2224
wally.hilke@law.northwestern.edu

futterman@uchicago.edu

Hayden Johnson*
Katie Schwartzmann*
Conor Gaffney
Shalini Goel Agarwal
**PROTECT DEMOCRACY PROJECT**
2020 Pennsylvania Ave NW, Ste 163
Washington DC 20006
(202) 579-4582

Daniel Massoglia
Hannah C. Marion
**FIRST DEFENSE LEGAL AID**
601 S. California Ave.
Chicago, IL 60612
(336) 575-6968
daniel@first-defense.org
hannah@first-defense.org

Kevin M. Fee, Jr.
Rebecca Glenberg
Hirsh Joshi
Priyanka Menon
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740
kfee@aclu-il.org
rglenberg@aclu-il.org