# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## FINAL JUDGMENT

March 5, 2026

Before

**MICHAEL B. BRENNAN**, *Chief Judge*
**FRANK H. EASTERBROOK**, *Circuit Judge*
**MICHAEL Y. SCUDDER**, *Circuit Judge*

|  |  |
|---|---|
| No. 25-3023 | CHICAGO HEADLINE CLUB, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>KRISTI L. NOEM, Secretary of Homeland Security, in her official capacity, et al.,<br>Defendants - Appellants |

| Originating Case Information: |
|---|
| District Court No: 1:25-cv-12173<br>Northern District of Illinois, Eastern Division<br>District Judge Sara L. Ellis |

We grant the government's motion. We **VACATE** the district court's order granting the preliminary injunction. And we **DISMISS** this appeal under Federal Rule of Appellate Procedure 42(b)(2). The above is in accordance with the decision of this court entered on this date. Each party bears its own costs.

*Christopher Conway*

Clerk of Court